AO 451  (Rev. 01/09; DC 4/10)   Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| HAN KIM, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action  No.  09-648 (RWR) |
| DEMOCRATIC PEOPLE'S REPUBLIC of KOREA, et al., | ) | |
| *Defendant* | ) | |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*     04/09/2015     .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date:     11/05/2025



*ANGELA D. CAESAR, CLERK OF COURT*

**Byron M Lee Jr.**
Digitally signed by Byron M Lee Jr.
Date: 2025.11.05 16:02:13 -05'00'

*Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

HAN KIM, <u>et al.</u>,                )
                                       )
                Plaintiffs,            )
                                       )
                v.                     )        Civil Action No. 09-648 (RWR)
                                       )
DEMOCRATIC PEOPLE'S REPUBLIC           )
of KOREA, <u>et al.</u>,               )
                                       )
                Defendants.            )
_____)

<u>**FINAL ORDER**</u>

For the reasons set forth in the accompanying memorandum opinion, it is hereby

ORDERED that the September 11, 2013 Order [59] dismissing this case be, and hereby is, VACATED.  It is further

ORDERED that the June 14, 2013 Order [56] denying the Kims' motion for default judgment be, and hereby is, VACATED.  It is further

ORDERED that the Kims' motion to schedule a liability and damages hearing pursuant to 28 U.S.C. § 1608(e) and for entry of judgment by default [14] be, and hereby is, GRANTED in part and DENIED in part as moot.  Default judgment is hereby ENTERED against the Democratic People's Republic of Korea in favor of

-2-

the Kims, but damages will be awarded based on the proposed findings of fact without a hearing.  It is further

ORDERED that compensatory damages be, and hereby are, AWARDED to Han Kim and Yong Kim in the amount of $15,000,000 each against the Democratic People's Republic of Korea.  It is further

ORDERED that punitive damages be, and hereby are, AWARDED to Han Kim and Yong Kim collectively in the amount of $300,000,000 against the Democratic People's Republic of Korea.

This is a final, appealable order.

SIGNED this 9th day of April, 2015.

_____/s/_____
RICHARD W. ROBERTS
Chief Judge



**ECF DOCUMENT**

I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.

ANGELA D. CAESAR, CLERK

Byron M Lee Jr.
Digitally signed by Byron M Lee Jr.
Date: 2025.11.05 16:19:39 -05'00'