## MISCELLANEOUS CASE COVER SHEET

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Han Kim and Yong Seok Kim | Democratic People's Republic of Korea |

| **Attorney's** (Firm Name, Address, and Telephone Number) | **Attorneys (If Known)** |
|---|---|
| Gerstein Harrow LLP<br>1629 Columbia Rd., Suite 302, Washington D.C. 20009<br>(202) 670-4809 | |

**DESCRIPTION OF CASE**

Registering a judgment entered in the United States District Court for the District of Columbia

**Has this or a similar case been previously filed in SDNY ?**

No? [X]  Yes? [ ]  Judge Previously Assigned _____

If yes, was this case: Vol. [ ]  Invol. [ ]  Dismissed. No [ ]  Yes [ ]

If yes, give date: _____ & Case No. _____

**NATURE OF CASE**

[ ] M 08-85 Motion to Compel
[ ] M 08-85 Motion to Quash
[ ] M 08-86 Internet Infringement
[ ] M 08-88 Surety Companies
[ ] M 08-425 Sureties Proceedings
[ ] M 11-03 SEC Litigation to Freeze Account
[ ] M 11-188 GJ Subpoenas - Unsealed
[ ] M 11-189 GJ Subpoenas - Sealed
[ ] M 16-88 Sale of Unclaimed Seamen's' Effects
[ ] M 18-66 Forfeiture Proceedings - Funds Held in trust. 28 USC 1746
[X] M 18-302 Registration of a Judgment from Another District
[ ] M 18-304 Administrative Subpoena Proceedings
[ ] M 18-305 Registration of Student Loan Judgment
[ ] M 18-981 Nonjudicial Civil Forfeiture Proceeding
[ ] M 19-25 Order Authorizing IRS Officer to Enter Premises for Levy
[ ] M 19-58 General Bonds in Admiralty Purs. to Local Admiralty Rule 8
[ ] M 19-63 Receivers - Property in Other Districts
[ ] M 19-78 Denial to Sue In Forma Pauperis
[ ] M 22-1 Designation by U.S. Attorney of Individual to accept service of summons and complaint
[ ] M 22-2 Designation of individual to issue certified copies in bankruptcy part
[ ] M 23 Petition to Perpetuate Testimony
[ ] M 25-1 Order for Entry to Effect Levy - IRS Matter
[ ] M 25-2 Permission to have access to safe deposit boxes
[ ] M 26-1 Proceeding to Enforce Order of Administrator - National Credit Union
[ ] M 26-2 Application to Enforce Administrative Order Rule 5A Rule of Division of Business among District Judges
[ ] M 28 Warrant for Entry & Inspection of Premises
[ ] M 29 Privacy Act Application
[ ] M 30 Privacy Act Application
[ ] M 31 Order of Commodity Exchange Commission Directing Person to Pay Money
[ ] M 32 Petition for Writ to Produce Federal Prisoner in State Court
[ ] M 33 Inspection Warrant - Department of Energy
[ ] M 34 Order of Another District Court that the State Court Produce
[ ] M 35 Order to Stay Transfer of Federal Prisoner
[ ] M 36 National Labor Relations Board
[ ] M 37 Application to Re-Open Civil Case(s) that are more than 25 years old
[ ] M 38 Application for Reassignment of Bankruptcy Proceeding
[ ] M 39 Application for Discovery and Inspection of Defendant Detained in Federal Prison
[ ] M 41 Order of Return of 28:2254/2255 Petition

[ ] M 42 Order Denying Stay of Deportation
[ ] M 43 Contempt of Court in Bankruptcy
[ ] M 44 Claim Compensation under Longshoremen & Harbor Workers Compensation Act
[ ] M 46 Order from Another District for Public Viewing
[ ] M 47 Bankruptcy Cases - Before Appeal Filed
[ ] M 47B Transmission of Proposed Findings of Fact and Conclusions of Law
[ ] M 48 Application for Appointment of Counsel - No Case in This Court
[ ] M 49 Order Denying Commencement of Civil Action
[ ] M 51 Order to Show Cause - Case Being Transferred from Northern District of New York
[ ] M 52 Application for Leave to File a Complaint
[ ] M 53 Order Barring Individual from Entering Courthouse Building
[ ] M 54 Immigration Naturalization - Order Delaying Deportation
[ ] M 55 Petition for Appointment of Impartial Umpire – Labor Management Relations Act and Others
[ ] M 58 Application for Extension of Time to File Petition for Removal
[ ] M 59 Application to Produce Federal Prisoner in State Court
[ ] M 67 Notice of Eviction to Squatters (USA Cases)
[ ] M 71 Application re: Federal Rules Cr. 11(e)(2)
[ ] M 72 Order of Attachment of Another District – EDNY
[ ] M 73 Subpoena to Government Agency
[ ] M 75 Application for Writ of Garnishment
[ ] M 76 Central Violations Bureau
[ ] M 77 Application to have subpoena issued to person living in this district regarding action in foreign country or tribunal
[ ] M 90 Order of Attachment
[ ] M 93 Letters Rogatory _____
[ ] M 94 Other _____
[ ] M 98 Application to file a civil case under seal.
[ ] M 100 Motion to Unseal – Criminal Duty Matter
[ ] M 101 Motion to Unseal – Criminal
[ ] M 102 Motion to Unseal – Civil

**DO YOU CLAIM THIS CASE IS RELATED TO A MISCELLANEOUS CASE NOW PENDING IN THE SDNY? IF SO, STATE:**

JUDGE_____MISCELLANEOUS CASE NUMBER_____

NOTE:  Please submit at the time of filing an explanation of why cases are deemed related

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**

Han Kim
St. Charles, Missouri


Yong Seok Kim
Newark, California

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**

**DEFENDANT(S) ADDRESS UNKNOWN**

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Democratic People's Republic of Korea

**CHECK ONE:** AT LEAST ONE PARTY IS PRO SE     **No** ☐     **Yes** ☐

**CHECK ONE:** THIS ACTION SHOULD BE ASSIGNED TO     **WHITE PLAINS** ☐     **MANHATTAN** ☑

**SIGNATURE OF ATTORNEY OF RECORD**

RECEIPT #

Tammi M. Hellwig, Clerk of Court, _____

Dated: _____

**ADMITTED TO PRACTICE IN THIS DISTRICT**

☐   U.S. GOVERNMENT ATTORNEY

☐   NO

☑   YES (DATE ADMITTED (MM/YY) 08/17 )

ATTORNEY BAR CODE # CG0466

Dated: 11/20/25