AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Han Kim et al. | ) |
| *Plaintiff* | ) |
| v. | )  Case No.   1:25-mc-527 |
| The Democratic People's Republic of Korea | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                                          .

Date:     12/01/2025                                          /s/ Jason Harrow
                                                                      *Attorney's signature*


                                                                      Jason Harrow, NY 5156179
                                                                      *Printed name and bar number*


                                                                      Gerstein Harrow LLP
                                                                      12100 Wilshire Blvd. Ste. 800
                                                                      Los Angeles, CA 90025
                                                                      *Address*


                                                                      jason@gerstein-harrow.com
                                                                      *E-mail address*


                                                                      (323) 744-5293
                                                                      *Telephone number*


                                                                      *FAX number*