IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAN KIM, YONG KIM, YONG HWA CHUNG KIM, CHUNG KOOK KIM, and DANI BUTLER, <br><br> Plaintiffs, <br><br> v. <br><br> THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, a.k.a. NORTH KOREA, <br><br> Defendant, <br><br> CIRCLE INTERNET FINANCIAL LLC, <br><br> Garnishee. | Case No. 25-MC-527 |

**STATEMENT OF UNDISPUTED MATERIAL FACTS**

Plaintiffs Han Kim, Yong Kim, Yong Hwa Chung Kim, Chung Kook Kim, and Dani Butler (collectively, "the Kims" or "Plaintiffs") respectfully submit the following Statement of Undisputed Material Facts in support of their Motion for Turnover:

**Underlying Judgments**

1. On April 9, 2015, the United States District Court for the District of Columbia entered judgment in favor of Han Kim and Yong Kim, and against the Democratic People's Republic of Korea. *See* Ex. A, AO-451, *Kim v. Democratic People's Republic of Korea*. The Court awarded $15,000,000 in compensatory damages to Han Kim, $15,000,000 in compensatory damages to Yong Kim, and $300,000,000 in punitive damages to the two plaintiffs collectively. *Id.*

2. On November 5, 2025, the United States District Court for the District of Columbia entered judgment in favor of Yong Hwa Chung Kim, Chung Kook

Kim, and Dani Butler, and against the Democratic People's Republic of Korea. *See* Ex. B, AO-451, *Butler v. Democratic People's Republic of Korea*. The Court awarded $20,500,000 in compensatory damages to Dani Butler, $20,500,000 in compensatory damages to Chun Kook Kim, $25,000,000 in compensatory damages to Young Hwa Chung Kim, and $300,000,000 in punitive damages to all three *Butler* plaintiffs, collectively.

3. The Democratic People's Republic of Korea has yet to pay anything towards either judgment. *Kim*, Dkt. No. 09-648 (D.D.C.) (listing no satisfaction of judgment); *Butler*, Dkt. No. 20-cv-2514 (D.D.C.) (listing no satisfaction of judgment).

4. As of **[Date]**, the interest owed on the *Kim* judgment is **[Fill in]** and the interest owed on the *Butler* judgment is **[Fill-in]**. *Id.* ¶¶ 5, 6.

**Circle Internet Financial Group, LLC and USDC**

5. Circle Internet Financial LLC ("Circle"), is an LLC formed under Delaware law. *See* Ex. D, Circle Internet LLC Business Entity Summary.

6. Circle's corporate registration lists a Boston address that is a WeWork space. Ex. D, Circle Corporate Registration; Ex. AB, One Lincoln Boston Layout.

7. Circle holds a Money Transmitter License and is authorized to engage in Virtual Currency Business Activity by the New York State Department of Financial Services. Ex. E, New York Entity Information; Ex. F, Circle Internet Financial LLC's Licenses.

8. In Circle's regulatory filing with NMLS (ID# 1201441), Circle lists its street address as a Boston address and its mailing address as One World Trade Center, 87th Floor, New York, NY 10007. Ex. G (NMLS Consumer Access Report).

9. The mailing address listed on Circle's regulatory filing with NMLS is the address of Circle Internet Group, Inc.'s new headquarters. Ex. H, Circle Internet Group, Inc. Announces New Headquarters.

10. Circle is a wholly owned subsidiary of Circle Internet Group, Inc. Ex. I, Circle Internet Group Form S-1 Statement, at i.

11. Circle Internet Financial Group, Inc., describes itself as headquartered in New York. *Id.*

12. Circle has filed several dozen H1-B applications on behalf of its incoming employees since January 1, 2025. Ex. AC, H1B Grader, Circle Internet Financial LLC Sponsorship Data. The plurality of its incoming employees list New York City work addresses and no incoming employee lists a Boston or Massachusetts work address. *Id.*

**Blockchain and Ethereum**

13. A blockchain is a system for a distributed network of machines to keep a ledger of transactions publicly and securely. Ex. J, Dylan Yaga et al., Blockchain Technology Overview (NIST Interagency/Internal Rep. No. 8202, Nat'l Inst. of Standards & Tech. 2018), at iv.

14. To maintain a blockchain, a distributed network of machines uses a cryptographic function called a "hash" to validate a series of transactions (a "block") and connect it to all prior series of transactions (hence "chain") in a way that is verifiable and practically immutable. *Id.* at 7–9, 15, 34.

15. Ethereum is a blockchain. *Id.* at 1; Ex. K, Vitalik Buterin, Ethereum: A Next-Generation Smart Contract and Decentralized Application Platform (Ethereum White Paper, 2014), https://ethereum.org/en/whitepaper/.

16. Users participate in the Ethereum blockchain using wallet addresses, which are digital representations of the sending and receiving ends of transactions on the blockchain. Ex. K at 13–14.

17. Ethereum can record transactions in many different assets using something called the "ERC-20 standard." Ex. L, Pete Vielhaber et al., ERC-20 Token Standard, https://ethereum.org/developers/docs/standards/tokens/erc-20/. This standard enables anyone on the Ethereum blockchain to create a "token" using something called a "smart contract." *Id.*

18. All ERC-20 tokens have some core functions—all of them have a fixed total supply at any time, may be transferred from one wallet address to another, and are fungible. *Id.*

19. Some ERC-20 tokens permit additional functions to be encoded, including, for example, the ability for the creator or issuer of the tokens to freeze tokens and cause the token balance of any wallet address to remain what it was at the time of the freeze indefinitely. Ex. M, ERC-20 Utilities and Implementations, https://docs.openzeppelin.com/contracts/5.x/api/token/erc20.

**Circle, the Blockchain Business, and its Banking in New York**

20. Circle issues a digital token, USDC, that operates on multiple blockchains. Ex. N, Circle, USDC Terms, https://www.circle.com/legal/usdc-terms.

21. Circle issues USDC as an ERC-20 token on the Ethereum blockchain. Ex. O, Circle Internet Group, Inc., What is USDC?, at 27–28, https://www.usdc.com/learn/what-is-usdc.

22. USDC users may send USDC to any address they please. Ex. AE, How to Send USDC, https://www.usdc.com/learn/how-to-send-usdc?. Because Circle issues USDC, it is technologically capable of sending USDC to any wallet address in any amount. *Id.*

23. When Circle created USDC, it gave itself the power to freeze the USDC balance of any wallet address, a power Circle calls "access denial" and which, when implemented, causes the USDC balance of a wallet address to equal whatever it equals at the time access denial is implemented until access denial is lifted. *See, e.g.*, Ex. AF, Circle, Access Denial Policy. Only Circle can lift access denial. *Id.*

24. Exhibit N is a true and correct copy of Circle's currently operative terms of service. *See* Ex. N, Circle USDC Terms.

25. Circle executives made the following statements on Twitter (or X): Jeremy Allaire, X (Mar. 11, 2023, 8:17 PM), https://x.com/jerallaire/status/1634649886397267969 ("As a regulated payment token, USDC will remain redeemable 1 for 1 with the U.S. Dollar.");

Ex. Q, Jeremy Allaire, X (Mar. 23, 2023, 10:48 AM), https://x.com/jerallaire/status/1638855115628232704 (stating "we have never failed to mint or redeem USDC for $1," and noting "we have redeemed $192.4B USDC at $1."); Ex. R Jeremy Allaire, X (Oct. 31, 2023), https://x.com/jerallaire/status/1719428016869142933 ("Coinbase … offers excellent retail access to USDC … always 1:1."). Ex. P.

26. Circle Internet Group, Inc., holds one dollar of cash and highly liquid cash-equivalent assets for each USDC issued by Circle Internet Financial LLC in a money-market fund. Ex. I, Circle Internet Group Form S-1 Statement at 14; Ex. O, Circle, What is USDC?, at 2.

27. On November 20, 2025, there were $73.79 billion USDC in circulation and Circle had $74.07 billion in its reserves. Ex. AH, Circle USDC Website, at 2 (last accessed Nov. 21, 2025).

28. Approximately 90% of Circle's USDC reserves are "in the Circle Reserve Fund, a government money market fund . . . managed by Blackrock . . . and available only to [Circle]. The assets within the Circle Reserve Fund are held in the custody of Bank of New York Mellon." Ex. I., Circle Internet Group Form S-1 Statement at 14; Ex. AH, Circle USDC Website, at 5 (las accessed Nov. 20, 2025).

29. Both Bank of New York Mellon and BlockRock are headquartered in New York City. Ex. S, Contact Us, BNY Mellon Contact Us, https://www.bny.com/corporate/global/en/contact-us.html; Ex. T, BlackRock Form 10-Q (Nov. 5, 2025).

30. Circle treats frozen USDC as removed from circulation, Ex. AG, Deloitte Report at 2, but keeps the money underlying access-denied tokens in its reserve accounts, *see* Ex. N, Circle USDC Terms at 4.

31. Circle trades on crypto exchanges that describe themselves as "securities intermediaries" for purposes of the Uniform Commercial Code; declare that users' accounts are "securities accounts"; and agree that the assets in them are governed by Article 8 of the UCC. *See, e.g.*, Ex. Y, Coinbase, Coinbase User Agreements.§ 2.7.2; Ex. Z, Gemini, User Agreement at 37; Ex. AD, USDC, List of Providers.

**Circle Blocks North Korean-Affiliated Wallets and Funds**

32. North Korean state-sponsored hackers steal and launder money to fund the regime's nuclear weapons program. Ex. U, U.S. Dept. of the Treasury, Treasury Sanctions DPRK Bankers and Institutions Involved in Laundering Cybercrime Proceeds and IT Worker Funds (Nov. 4, 2025), https://home.treasury.gov/news/press-releases/sb0302.

33. Over the past three years, North Korea–affiliated cybercriminals have stolen over $3 billion, primarily in crypto. *Id.*

34. The Lazarus Group is an agent, instrumentality, or controlled entity of North Korea that is "responsible for North Korea's malicious cyber activity on criminal infrastructure." Ex. V, U.S. Dept. of the Treasury, Treasury Sanctions North Korean State-Sponsored Malicious Cyber Groups (Sept. 13, 2019). It is controlled by North Korea's primary intelligence bureau, the RGB. *Id.*

35. Circle blocks the addresses of those it believes are sanctioned under American law. Circle explains that "[a]pplicable laws require us to prevent Restrict Persons from holding USDC using USDC services [sic]. A Restricted Person means any person that is the subject or target of any sanctions, including a person that is named in any Sanctions-related list maintained by the U.S. Department of State . . . or the U.S. Department of the Treasury . . . [or] located, organized, or resident in a country, territory, or geographical region which is itself the subject or target of any territory-wide Sanctions . . . (currently, Cuba, Iran, Syria, North Korea, and the Ukraine regions of Crimea, Donetsk, and Luhansk)." Ex. N, Circle, USDC Terms.

36. When Circle blocks tokens, it keeps the associated reserves until the segregated reserve funds are transferred to a law enforcement agency, government body, or until the access denial request is reversed and a subsequent redemption request is made by a USDC holder. *See* Ex. I (defining "access denied tokens" and explaining how Circle Internet Group manages the reserve funds associated with these tokens).

37. In 2024, a crypto-cybercrime detective reported to Circle that the Lazarus Group is holding USDC in the wallet addresses 0x36f2D3871edd59d5C06DB8F0b12bE928d5922A70 and

0x12ED7f6ed0491678764c2b222A58452926E44DB6; Circle froze the wallets on September 14, 2024. Ex. W, ZachXBT Tweet About North Korean Funds (Apr. 29, 2024); Ex X, Zach Abrams, Stablecoin issuers freeze %5 million worth of stablecoins tied to Lazarus Group by ZachXBT, The Block (Sept. 14, 22024).

38. Circle has also frozen the wallet address at 0xDa2e12E94060720581994eEc870F83d9C7200c2c because it belongs to the Lazarus Group or other North Korean agencies or instrumentalities. Ex AI, ZachXBT Tweet About Blocked Address, https://x.com/zachxbt/status/1895515696496365574 (Feb. 28, 2025).

39. As of the date of this filing, the above wallet addresses and funds in them remain frozen by Circle. Ex. C, Gerstein Decl. ¶ 5.

Respectfully submitted,

*/s/ Charles Gerstein*
Charles Gerstein
GERSTEIN HARROW LLP
1629 Columbia Road NW, Suite 302
Washington, DC 20004
charlie@gerstein-harrow.com
(202) 670-4809

*/s/ Jason Harrow*
Jason Harrow
GERSTEIN HARROW LLP
401 Park Ave. S. 10th Floor
New York, NY 10016
jason@gerstein-harrow.com
(323) 744-5293

*/s/ Robert Tolchin*
Robert Tolchin
THE BERKMAN LAW OFFICE LLC
829 E. 15th Street, Suite Seven
Brooklyn, New York 11230
rtolchin@berkmanlaw.com
(718) 855-3627

*Attorneys for Plaintiffs*