# WILSON SONSINI

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2025 _____

JOHN P. FLYNN
Email: JFLYNN@wsgr.com
Direct dial: 415-947-2160

December 19, 2025

**Via CM/ECF**
The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:     *Kim v. Democratic People's Republic of Korea*, No. 25-MC-527 (S.D.N.Y.)

Dear Judge Garnett:

      We are counsel for Garnishee Circle Internet Financial, LLC ("Circle") in this matter. We write on behalf of all parties regarding the briefing schedule for Plaintiffs' Motion for Turnover, ECF No. 4, filed on December 12, 2025. Circle's response to the Turnover Motion is currently due on December 26, 2025. Plaintiffs' reply is currently due on January 2, 2026. Plaintiffs and Circle have met and conferred, agree, and respectfully move that the Court reset the briefing schedule for Plaintiffs' Turnover Motion as follows:

      March 20, 2026: Circle's deadline to respond the Turnover Motion.

      April 20, 2026: Plaintiffs' deadline to file their reply in support of their Turnover Motion.

      Plaintiffs and Circle request these extensions to allow Circle the opportunity to investigate and respond to the issues presented in the Turnover Motion and provide Plaintiffs time to reply to Circle's response. This is the first request for an adjournment or extension of these deadlines. No other deadlines in this case will be affected by this request. Neither Plaintiffs nor Circle have consulted with Defendant The Democratic People's Republic of Korea (*i.e.* "North Korea") regarding this request for an extension.

      For the avoidance of doubt, Circle does not, by this request for an extension, waive any defense under Rule 12 or otherwise. Circle expressly reserves its right to contest personal jurisdiction at the appropriate time.

      Accordingly, Plaintiffs and Circle respectfully request that the Court grant this letter motion and reset the deadlines for Circle's response to the Turnover Motion to March 20, 2026 and Plaintiffs' reply to April 20, 2026.

**WILSON
SONSINI**

The Honorable Margaret M. Garnett
December 19, 2025
Page 2

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

s/ *John P. Flynn*
John P. Flynn

cc:    All Counsel of Record (via CM/ECF)

GRANTED.  Circle's deadline to respond to Plaintiffs' Turnover Motion is EXTENDED until **March 20, 2026**.  Plaintiffs' deadline to reply is likewise EXTENDED until **April 20, 2026**.

SO ORDERED.  Dated December 22, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE