# Gerstein Harrow LLP

Hon. Margaret M. Garnett
Thurgood Marshall
United States Courthouse
40 Foley Square,
New York, NY 10007

January 23, 2026

<u>Via CM/ECF</u>

<u>Re: Related Cases</u>

      Dear Judge Garnett,

      Consistent with Local Rule 1.6, counsel submits this statement that this case may be related to *Ben Haim v. Islamic Republic of Iran*, 16-mc-94 (S.D.N.Y.), *Ben Haim v. Islamic Republic of Iran*, 16-mc-95 (S.D.N.Y.), *Campuzano v. Islamic Republic of Iran*, 13-mc-146 (S.D.N.Y.), *Kaplan v. Central Bank of The Islamic Republic of Iran*, 26-mc-33 (S.D.N.Y.), *Braun v. Islamic Republic of Iran*, 26-mc-34 (S.D.N.Y.), *Botvin v. Islamic Republic of Iran*, 26-mc-35 (S.D.N.Y.), and *Bodoff v. Islamic Republic of Iran*, 26-mc-36 (S.D.N.Y.), because each case potentially involves the execution of judgments against the same parties on assets potentially in the custody of the same garnishees, and, therefore, under Rule 13 of this Court's Rules for the Division of Business Among District Judges these cases (a) "concern the same or substantially similar parties [and] property" and (b) "there is a substantial factual overlap" between the cases such that "the interests of justice and efficiency will be served" by assigning each case to the same judge. Although the Rules direct counsel to submit this notice in the lowest-number case, which is *Campuzano v. Islamic Republic of Iran*, 13-mc-146 (S.D.N.Y.), counsel submits it here because this is the lowest numbered case that has been assigned to a district judge; *Campuzano*, alongside both *Ben Haim* cases, are not currently assigned to a district judge because at the time they were registered in this District miscellaneous judgment-registration matters were assigned to Part I.

                                                             Sincerely,

                                                             Charlie Gerstein



Washington, DC
Scottsdale, AZ
Los Angeles, CA

hi@gerstein-harrow.com        gerstein-harrow.com