**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| HAN KIM, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, a.k.a. NORTH KOREA, *et al.*, | ) ) ) |
| Defendants, | ) ) |
| TETHER INTERNATIONAL *S.A. de C.V.*, | ) ) ) |
| Garnishee. | ) ) ) |

Case No. 25-MC-527

**MOTION DIRECTING SERVICE ON GARNISHEE TETHER
INTERNATIONAL *S.A. de C.V.***

## **MOTION FOR SERVICE OR ALTERNATIVE SERVICE**

Judgment Creditors Han Kim and Yong Seok Kim respectfully move this Court for an order directing the Marshal to serve the writ of execution on the Secretary of State as the agent of Tether International *S.A. de C.V.* and to mail a copy of the writ of execution to Tether International *S.A. de C.V.*, *Edificio Torre Futura, Ocina 6, Nivel 11, Entre 87 y 89 Avenida Norte, Colonia Escalón, San Salvador, El Salvador*. The Kims will provide the Marshal with pre-paid envelopes and a certified Spanish copy of all documents to be served. The Kims respectfully move, in the alternative, for an order authorizing the Kims to effect service by mailing a copy of the writ of execution (in English alongside a certified Spanish copy) by registered mail to Tether International *S.A. de C.V.*, *Edificio Torre Futura, Ocina 6, Nivel 11, Entre 87 y 89 Avenida Norte, Colonia Escalón, San Salvador, El Salvador*; by emailing those documents to bberke@gibsondunn.com and dketani@gibsondunn.com; and by mailing them, by registered mail, to Barry H. Berke and Daniel M. Ketani, Gibson Dunn & Crutcher LLP, 200 Park Ave., New York, NY 10166.

Respectfully submitted,

*/s/ Charles Gerstein*
Charles Gerstein
GERSTEIN HARROW LLP
1629 Columbia Road NW, Suite 302
Washington, DC 20004
charlie@gerstein-harrow.com
(202) 670-4809

*/s/ Jason Harrow*
Jason Harrow

1

GERSTEIN HARROW LLP
401 Park Ave. S. 10th Floor
New York, NY 10016
jason@gerstein-harrow.com
(323) 744-5293

*/s/ Robert Tolchin*
Robert Tolchin
THE BERKMAN LAW OFFICE LLC
829 E. 15th Street, Suite Seven
Brooklyn, New York 11230
rtolchin@berkmanlaw.com
(718) 855-3627

*Attorneys for Plaintiffs*

2