**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>Han Kim and Yong Seok Kim | COURT CASE NUMBER<br>25-mc-527 |
| DEFENDANT<br>Democratic People's Republic of Korea | TYPE OF PROCESS<br>Writ of execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Circle Internet Financial LLC; Circle Internet Group, Inc.
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
One World Trade Center, 87th Floor, New York, NY 10007

FILED U.S. DISTRICT COURT S.D. OF N.Y. FEB 27 PM 3:07

| | |
|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW<br>Charles Gerstein<br>1629 Columbia Rd NW, Suite 302<br>Washington, DC 20009 | Number of process to be served with this Form 285<br>Number of parties to be served in this case<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:
Please see cover letter.

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Charlie Gerstein Digitally signed by Charlie Gerstein Date: 2025.11.20 16:42:16 -05'00' | [X] PLAINTIFF<br>[ ] DEFENDANT | (202) 670-4809 | 11/20/2025 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 054 | No. 054 | [signature] | 11/26/2025 |

I hereby certify and return that I [ ] have personally served , [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time |
|---|---|---|
| Angelo Brown | 12/11/2025 | 1347 [ ] am [X] pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| CT Corp.<br>28 Liberty Street. | DUSM [signature] #32775 |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS
2nd endeavor - Served to CT Corp.

Hour - 1 x $65 = $65
Miles - 2 x $.70 = $1.40
$66.40

I hereby certify & return that I have not received any funds for case number 25mc527.

Judgment: Unsatisfied
New York, NY

Dated: 2/26/2026

Ricky Patel
Acting United States Marshal

By: Kristen Hutchinson
Civil Process Specialist number

Form USM-285
Rev. 03/21