# GERSTEIN HARROW LLP

The Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*Re:* Kim v. Democratic People's Republic of Korea, *No. 25-MC-527*

Dear Judge Garnett,

My firm represents the judgment creditors, all members of the Kim family, in this post-judgment proceeding. My firm also represents the judgment creditors in 19 other post-judgment cases now pending in this Court, ECF No. 16 at 1 (listing cases and docket numbers), which we have moved to consolidate with this case.

I write to respectfully draw the Court's attention to our pending motion to consolidate. ECF No. 16. At a hearing on March 4, Your Honor explained that it would be best to defer decision on all pending motions and requests, including a time-sensitive discovery dispute and a service motion, until it was determined what Member of this Court would be assigned the consolidation motion, given that there is no current Member of this Court assigned to the case with the lowest docket number. Since March 4, we have gotten no additional notice from the Court about assignment or any other updates. We are thus unable to move forward with this case, or any of the related cases, until the consolidation motion is properly assigned and decided.

In the meantime, however, the fully briefed and time sensitive discovery dispute that prompted the March 4 hearing remains unresolved. *See* ECF Nos. 12, 14 (letter briefs). The unopposed request for service on Tether International *S.A. de C.V.*, which is also time sensitive, likewise remains pending. *See* ECF Nos. 13, 24.

While we are mindful of the many important cases and matters that occupy this Court's attention, we write to respectfully ask for the Court's assistance in resolving the assignment issue that has effectively halted this matter. If the Court has any further requests of us, we remain available.

Sincerely,
Charlie Gerstein

GH
Washington, DC
Scottsdale, AZ
Los Angeles, CA

hi@gerstein-harrow.com gerstein-harrow.com