# GERSTEIN HARROW LLP

The Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*Re:* Kim v. Democratic People's Republic of Korea, *No. 25-MC-527*

Dear Judge Garnett,

My firm represents the judgment creditors, all members of the Kim family, in this post-judgment proceeding. My firm also represents the judgment creditors in 19 other post-judgment cases now pending in this Court, ECF No. 16 at 1 (listing cases and docket numbers), which we have moved to consolidate with this case.

I write to respectfully draw the Court's attention to our pending motion to consolidate. ECF No. 16. At a hearing on March 4, Your Honor explained that it would be best to defer decision on all pending motions and requests, including a time-sensitive discovery dispute and a service motion, until it was determined what Member of this Court would be assigned the consolidation motion. Since then, seven cases have been reassigned to Your Honor, *see Campuzano v. Islamic Republic of Iran*, No. 13-MC-146; *In re Cent. Bank of Islamic Republic of Iran ("Kaplan")*, Nos. 26-MC-33, 26-MC-34, 26-MC-35; *In re Bodoff et al.*, No. 26-MC-36; *Haim v. Islamic Republic of Iran*, Nos. 16-MC-94, 16-MC-95, but the remaining cases remain, to our knowledge, assigned to other judges of this Court.

We intend to file a time-sensitive motion seeking urgent relief no later than Thursday, April 30, which will relate to this case as well as *Kaplan*, Nos. 26-MC-33, 34, and *Calderon-Cardona v. Democratic People's Republic of Korea*, No. 26-MC-94. Absent relief from this Court, then, the Kims will be required to file identical motions in multiple cases before multiple judges.

Although we remain mindful of the many important cases and matters that occupy this Court's attention and are frankly reluctant to file another notice on this docket, we write to respectfully ask for the Court's assistance in resolving the assignment issue so that we do not further burden the Court with duplicative motions. If the Court has any further questions or requests of us, we remain available.

Sincerely,
Charlie Gerstein

GH
Washington, DC
Scottsdale, AZ
Los Angeles, CA

hi@gerstein-harrow.com gerstein-harrow.com