## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAN KIM, *et al.*, Plaintiffs, | ) |
| | ) |
| *v.* | ) |
| | ) |
| THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, a.k.a. NORTH KOREA, Defendant | ) |
| | ) |
| ~~~~~ | ) |
| | ) |
| IN RE CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN, et al. | ) |
| | ) Case Nos. 25-MC-527-MMG |
| ~~~~~ | )                    26-MC-033-MMG |
| | )                    26-MC-094-MMG |
| RUTH CALDERON-CARDONA, et al., Plaintiffs, | ) |
| | ) |
| *v.* | ) |
| | ) |
| THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, et al., Defendants | ) |
| | ) |
| & | ) |
| | ) |
| ARBITRUM DAO, | ) |
| | ) |
| Garnishee (as to all cases) | ) |
| | ) |

## DECLARATION OF CHARLES GERSTEIN

My name is Charles Gerstein and I represent the Plaintiff-Judgment Creditors in these Actions. I am over 18 years old. If called to testify, I could competently testify to the following facts.

1.     On or about April 20, 2026, I investigated the corporate form of Arbitrum DAO and how it may be served. Based on my search of its own website and the databases of various states, it has not to my knowledge designated a registered agent for service of process, has no publicly listed physical headquarters, and has no publicly listed officers, directors, or partners.

2.     On or about April 28, 2026, I accessed a research report called "KelpDAO/LayerZero Exploit Drains $290m, Freezes DeFi Markets" at the website of Galaxy. That report identifies a hack attributed to the Lazarus Group of North Korea. A true and correct copy of it is attached as Exhibit A.

3.     On April 20, 2026, I searched Delaware's corporate registration database for "Offchain Labs." I found a corporation founded in 2018 formed under the laws of Delaware. Delaware's registration listed a registered agent in Delaware but no physical headquarters for the company. Offchain Labs' listing with Built in New York, a site that collects job information for New York companies, lists New York as Offchain's headquarters but does not provide an address. A true and correct copy of the Built in New York page is attached as Exhibit B.

4.     The same day, I searched a registry of legal entities in the Cayman Islands provided by Bloomberg. I found the Arbitrum Foundation, a "foundation company," with headquarters at 3119 9 Forum Lane, PO Box 144 Grand Cayman,

1

George Town, KY1-9006.

5.    The same day, I searched both registries for any other entities with the word "Arbitrum." I found nothing. I am also aware that when Offchain Labs announced its intention to transfer control of Arbitrum to Arbitrum DAO, that process resulted in Arbitrum being governed by votes of holders of ARB, a crypto token that could be help by a person anywhere on earth.

6.    On or about April 25, 2026, I visited the Arbitrum governance forum at forum.arbitrum.foundation. I created an account that I can use to post messages on the forum. The proposal titled "Approve Release of Frozen ETH" was posted by Aave Labs, KelpDAO, LayerZero, EtherFi, Compound. A true and correct copy of this proposal is attached as Exhibit C.

7.    There are many comments on this proposal, some questioning the strength of the indemnification provisions of the proposal, others seeking to ensure that the North Korean ETH, if unfrozen, goes to Arbitrum users not other holders of rstETH.

8.    A comment posed on April 29, which as of this writing is the second most recent comment reads, in part, "As for expediting the process by, say, shortening or skipping the snapshot phase for this proposal, I would support this, though this would only really make sense when/if more delegates publicly weigh in. (There are other means of expediting the process that I imagine may be under consideration, but I suggest holding off on that discussion for now for the sake of keeping this thread focused)."

9.    The next comment, which is the most recent as of this writing, says to the Security Council "Please don't drag this on."

10.    On or about April 28, 2026, I accessed the Arbitrum DAO Amended Constitution. A true and correct copy of it as it appeared then is attached as Exhibit D.

11.    I have represented plaintiffs in unrelated cases against Gauntlet Labs, Inc., Coinbase, Inc., and Polychain Capital LP (and many related entities). Gauntlet is represented in other cases by Morrison Cohen LLP, a crypto-focused firm; Coinbase is represented by Conrad Melitzky and Kane LLP; and Polychain is represented by Cleary Gottleib LLP.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Dated April 30, 2026. New York, NY.

*/s/ Charles Gerstein*

3