

NYC                                    🔍   Join   Log In

Companies  ›  Offchain Labs  ›  Overview

# Offchain Labs

**♡ SAVE**

**HQ** New York                          👥 81 Total Employees

📅 Year Founded: 2018                    🔗 View Website

| Overview | Jobs **9** | Offices | Perks + Benefits |

Blockchain          Software

Offchain Labs is a venture-backed, Princeton-founded company that has dedicated over 8 years to blockchain research and development. As the original developers of Arbitrum, Offchain has been instrumental in revolutionizing the industry through this leading network scaling solutions. The team continues to build upon this foundation by innovating and enhancing products such as Arbitrum Orbit, Stylus, and Arbitrum Nitro. In October 2022, Offchain Labs acquired Prysmatic Labs, the leading consensus client for

⌃

## Recently Posted Jobs at Offchain Labs                    VIEW ALL →



Offchain Labs

**Senior PR & Communications Manager**

🖥 Remote

📍 USA



Offchain Labs

**Head of Finance**

🖥 Remote

📍 USA

‹  ›   ◯ ◯ ◯ ◯ ◯ ◯ ◯ ◯ ◯

## Offchain Labs Offices

🏢 **OnSite Workspace**

*Employees work from physical offices.*

Typical time on-site: **None**

| Companies | Jobs | Tracker | Articles | More |



**HQ** **New York, New York, USA**

## Perks + Benefits

VIEW ALL →

 Work Hours Policies

✓ **Offers a remote work program**

VIEW ALL BENEFITS

💼 <u>View All Jobs at Offchain Labs</u>

**built in**

**About**

Our Story

Careers

Our Staff Writers

Content Descriptions

**Get Involved**

Recruit With Built In

Become an Expert Contributor

**Resources**

Customer Support

Share Feedback

Report a Bug

**Tech Hubs**

Built In Austin

Built In Boston

Built In Charlotte

Built In Chicago

Built In Colorado

Built In Los Angeles

Built In NYC

Built In San Francisco

Built In Seattle

© 2026 Built In. All rights reserved.

Learning Lab User Agreement    Accessibility Statement    Copyright Policy    Privacy Policy    Terms of Use    Your Privacy Choices/Cookie Settings    CA Notice of Collection

**Companies**    **Jobs**    **Tracker**    **Articles**    **More**