**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HAN KIM, et al., Plaintiffs,<br><br>v.<br><br>THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, a.k.a. NORTH KOREA, Defendant<br><br>~~~<br><br>IN RE CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN, et al.<br><br>~~~<br><br>RUTH CALDERON-CARDONA, et al., Plaintiffs,<br><br>v.<br><br>THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, et al., Defendants<br><br>&<br><br>ARBITRUM DAO, Garnishee (as to all cases) | Case Nos.   25-MC-527-MMG<br>26-MC-033-MMG<br>26-MC-094-MMG<br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for interested non-party Aave LLC in the above-captioned action and respectfully demands that all electronically filed documents in this action be transmitted by e-mail to the address below.

Dated:  New York, New York
       May 4, 2026

MORRISON COHEN LLP

By:      */s/ Jason Gottlieb*
         Jason Gottlieb
         909 Third Avenue
         New York, New York 10022
         (212) 735-8600
         jgottlieb@morrisoncohen.com

         *Counsel for Non-Party Aave LLC*