Morrison Cohen

Jason Gottlieb
Partner
(212) 735-8837
jgottlieb@morrisoncohen.com

May 4, 2026

**VIA ECF**

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
Courtroom 906
New York, New York 10007

      Re:    *Kim, et al. v. The Democratic People's Republic of Korea*, Case No. 25-MC-527

Dear Judge Garnett:

We represent interested non-party Aave LLC ("Aave LLC") in the above-captioned action. Earlier today, Aave LLC e-filed a proposed order to show cause seeking, *inter alia*, vacatur of Plaintiffs' restraining notice to "Arbitrum DAO" (the "Motion"). I wrote earlier today pursuant to Section II.A.1 of the Court's Individual Rules & Practices to respectfully request that any oral argument or other appearance on Aave LLC's Motion be conducted remotely via video conference.

Prior to the filing of the Motion, I asked Plaintiffs' counsel whether he would agree to a remote hearing. He responded shortly after the filing of the Motion that he would also prefer a remote hearing (attached as **Exhibit A**).

Thank you for your attention to this matter.

      Respectfully submitted,

      */s/ Jason Gottlieb*
      Jason Gottlieb

CC:  All Counsel of Record (via ECF)

# EXHIBIT A

| | |
|---|---|
| **From:** | Charlie Gerstein |
| **To:** | Gottlieb, Jason |
| **Cc:** | Isaacs, Daniel C.; Mix, Michael; Ngai, Genny; Jason Harrow; Jeremy Shur; Robert Tolchin |
| **Subject:** | Re: Kim v North Korea |
| **Date:** | Monday, May 4, 2026 10:56:15 AM |

> **CAUTION:** External sender. Verify before continuing.

Hi Jason,

We don't object to a remote argument—indeed I'd prefer it. Could you please CC Jeremy, Jason H, and Bob on future correspondence regarding this matter?

Thanks,
Charlie

Charlie Gerstein
Gerstein Harrow LLP
202-670-4809
Gerstein-Harrow.com

On Mon, May 04, 2026 at 9:17 AM, Jason Gottlieb <jgottlieb@morrisoncohen.com> wrote:

> Charlie,
>
> This email is providing notice that Morrison Cohen is filing papers with the Court this morning on behalf of Aave LLC, seeking immediate vacatur of the restraining notice you issued in the above-captioned case, and an emergency hearing.
>
> Do you consent to holding a remote hearing? If so, we will apprise the court that you consent. (If not, we will make the request of the court and note your opposition.)
>
> Jason Gottlieb
>
>  **Jason Gottlieb**
> Partner & Chair, Digital Assets; Chair, White Collar and Regulatory Enforcement
> **D** 212.735.8837
> jgottlieb@morrisoncohen.com
>
> vCard | Bio | LinkedIn
>
> Morrison Cohen LLP
> 909 Third Avenue, 27th Floor, New York, NY 10022-4784
> 212.735.8600 | morrisoncohen.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com