**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HAN KIM, *et al.*, Plaintiffs, | ) |
| | ) |
| *v.* | ) |
| | ) |
| THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, a.k.a. NORTH KOREA, Defendant | ) ) ) |
| | ) |
| ~~~~~ | ) |
| | ) |
| IN RE CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN, et al. | ) ) |
| | ) Case Nos. 25-MC-527-MMG |
| ~~~~~ | )              26-MC-033-MMG |
| | )              26-MC-094-MMG |
| RUTH CALDERON-CARDONA, et al., Plaintiffs, | ) ) |
| | ) |
| *v.* | ) |
| | ) |
| THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, et al., Defendants | ) ) ) |
| | ) |
| & | ) |
| | ) |
| ARBITRUM DAO, | ) |
| | ) |
| Garnishee (as to all cases) | ) |
| | ) |

**DECLARATION OF CHARLIE GERSTEIN IN OPPOSITION TO NON-PARTY AAVE LLC'S EMERGENCY MOTION TO VACATE RESTRAINING NOTICE**

## DECLARATION

1. My name is Charlie Gerstein. I am over eighteen years old and, if called to testify, could competently testify to the following matters.

2. I am counsel for judgment-creditors in this matter.

3. A true and correct copy of *Exclusive Interview with an Arbitrum Security Council Member: Why Did We Activate the "God Mode" to Freeze $72 Million Stolen by North Korean Hackers?*, published on TechFlow, is attached as Exhibit A.

4. A true and correct copy of *North Korea Stole 76% of All Crypto Hack Value in 2026 – With Just Two Attacks*, published by TRM Labs, is attached as Exhibit B.

5. A true and correct copy of *Inside the KelpDAO Bridge Exploit: How ~$292 Million in rsETH Was Released Against a Non-Existent Burn*, published by Chainalysis, is attached as Exhibit C.

6. A true and correct copy of *LayerZero Pins $292M KelpDAO Bridge Hack on North Korea's Lazarus Group*, published by Vince Dioquino on Yahoo! News, is attached as Exhibit D.

7. A true and correct copy of the terms of service on aave.com is attached as Exhibit E.

8. A true and correct copy of Vicky Ge Huang, *Crypto Rushes to Bail Out Decentralized Lender Targeted by Hackers*, WALL STREET JOURNAL, April 29, 2026, found on the journal's website, is attached as Exhibit F.

9. A true and correct copy of LayerZero's statement on X regarding the incident is attached as Exhibit G.

10. A true and correct copy of David Marsanic, *Aave (AAVE) Review*, DAILYCOIN, https://dailycoin.com/aave-review-is-this-defi-protocol-future-of-finance/, last accessed on May 5 at 10:33 AM is attached as Exhibit H.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 5, 2026.

/s/ Charlie Gerstein
Charlie Gerstein