yahoo!finance

Search for news, tickers or compa...   🔍

News   **Finance**   Sports   More ⌄   🔔   ✉ Mail   Sign in

● Crypto   My Portfolio   News   Markets   Research   Community   Personal Finance   Videos   ...   ✅ Network ⌄   Upgrade to Premium 🔒

◉ Cryptocurrencies ⌄

**Bitcoin USD** 80,269.10 +1,100.83 +1.39%
**XRP USD** 1.40 +0.00 +0.09%
**Ethereum USD** 2,361.34 +17.63 +0.75%
**Tether USDt USD** 1.00 -0.00 -0.00%
**BNB USD** 625.18 +3.74 +0.60%
**Sola** 84.3 -0.3



🔄 decrypt

# LayerZero Pins $292M KelpDAO Bridge Hack on North Korea's Lazarus Group

Vince Dioquino
April 20, 2026 • 3 min read

ⓘ ▣

AXS-USD -0.38% ☆

Trade AXS on Coinbase   Trading disclosure ⓘ

The exploit that drained roughly $292 million from KelpDAO's cross-chain bridge over the weekend was "likely" the work of North Korea's Lazarus Group, specifically its TraderTraitor subunit, LayerZero said in a preliminary analysis on Monday.

Attackers drained 116,500 rsETH, a liquid restaking token backed by staked ether, from the KelpDAO bridge on Saturday, setting off withdrawals across the decentralized finance sector that pulled more than $10 billion out of lending protocol Aave.

Kelp DAO Exploit Sparks Aave Liquidity Crunch, $6.2 Billion Withdrawal Panic

The attack carried the markings of "a highly-sophisticated state actor, likely DPRK's Lazarus Group," LayerZero said, specifying the group's TraderTraitor subunit.

North Korea's cyber operations run under the Reconnaissance

🔍 Quote Lookup

**Trending tickers**
PLTR 146.03 +1.96 (+1.36%)
Palantir Technologie...
PINS 20.85 +0.63 (+3.12%)
Pinterest, Inc.
DUOL 110.23 -1.02 (-0.92%)
Duolingo, Inc.
BTC-USD 80,269.10 +1,100.83 (+1.39%)
Bitcoin USD
UPS 96.31 -11.26 (-10.47%)
United Parcel Servi...

**Portfolio**
Sign in to access your portfolio
Sign in

**Top gainers**
GBTG 9.34 +3.41 (+57.50%)
Global Business Tra...
CRCL 119.53 +19.83 (+19.89%)
Circle Internet Gro...
CELC 144.98 +19.33 (+15.38%)
Celcuity Inc.
NBIS 176.42 +21.93 (+14.20%)
Nebius Group N.V.
LEGN 26.50 +2.91 (+12.34%)
Legend Biotech Cor...

**Top losers**
XNDU 13.99 -22.13 (-61.27%)
Xanadu Quantum T...
GXO 46.27 -9.95 (-17.70%)
GXO Logistics, Inc.
UPS 96.31 -11.26 (-10.47%)
United Parcel Servi...
GME 23.84 -2.69 (-10.14%)
GameStop Corp.
PS 34.21 -3.78 (-9.95%)
Pershing Square Inc.

**Most active**
NOK 13.14 -0.16 (-1.20%)
Nokia Oyj
NVDA 198.48 +0.03 (+0.02%)
NVIDIA Corporation
INTC 95.78 -3.83 (-3.84%)
Intel Corporation
GBTG 9.34 +3.41 (+57.50%)
Global Business Tra...
GRAB 3.6200 -0.0500 (-1.36%)
Grab Holdings Lim...

**Top economic events**
United States 🇺🇸 ⌄
📅
There are no important events for

General Bureau, which houses several distinct units, including TraderTraitor, AppleJeus, APT38, and DangerousPassword, according to an analysis by Paradigm researcher Samczsun.

Among these subunits, TraderTraitor has been flagged as the most sophisticated DPRK actor targeting crypto, previously linked to the Axie Infinity Ronin Bridge and WazirX compromises.

LayerZero said that KelpDAO had used a single verifier to approve transfers in and out of the bridge, adding that it had repeatedly urged KelpDAO to use multiple verifiers instead.

Going forward, LayerZero said it will stop approving messages for any application still running that setup.

## A single point of failure

Observers say the exploit exposed how the bridge was built to trust a single verifier.

It was "a single point of failure, regardless of what the marketing calls it," Shalev Keren, co-founder at cryptographic security firm Sodot, told *Decrypt*.

A single compromised checkpoint was enough to allow the funds to leave the bridge, and no audit or security review could have fixed that flaw without "removing unilateral trust from the architecture itself," Keren said.

That view was echoed by Haoze Qiu, Blockchain Lead at Grvt, who argued that, "Kelp DAO appears to have accepted a bridge security setup with too little redundancy for an asset of this scale," adding that LayerZero "also has accountability" given that "the compromise involved infrastructure tied to its validator stack, even if this was not described as a core protocol bug."

The attackers came within three minutes of draining another $100 million before a rapid blacklist cut them off, according to an analysis by blockchain security firm Cyvers. The operation was based on tricking a single channel of communication, Cyvers CTO Meir Dolev told *Decrypt*.

Story Continues          ▤ View Comments

this country at this time. Select

Mortgage Market Index
May 6, 2026, 7:00 AM EDT
P: 298.5        N: –

MBA 30-Yr Mortgage Rate
May 6, 2026, 7:00 AM EDT
P: 6.37        N: –

Initial Jobless Clm *
May 7, 2026, 8:30 AM EDT
P: 189        N: –

‹  ›

**Earnings events**        👤 〽️

Upcoming ⌄

No earnings events for this period.

Edit your Dock

Terms and Privacy Policy
Privacy Dashboard



# Crypto Hack Losses Hit $651M in April — Highest Since 2022



April 2026 saw $651M in crypto hacks led by Drift and KelpDAO. Discover what went wrong and how to protect your assets now. | Credit: CCN.

**Prashant Jha**
Fri, May 1, 2026 at 7:32 AM EDT • 5 min read

Key Takeaways

- In April 2026, $651M in crypto hacks were recorded, the highest monthly loss since 2022.

- Two mega DeFi breaches—Drift ($285 million) & Kelp DAO ($293 million)—drove most damage.

- Nation-state actors like Lazarus used sophisticated social engineering & infrastructure attacks.

April 2026 delivered a brutal wake-up call to the crypto industry.

According to data from DefiLlama and CertiK, hacking incidents reached a record high, with confirmed exploit losses totaling around $651 million. This includes roughly $3.5 million from phishing attacks.

This marks the highest monthly tally since March 2022, when losses hit $715 million, and the worst performance excluding the massive February 2025 Bybit breach.

## Prominent Hacks in April 2026: A Breakdown

What made April especially devastating were two high-profile DeFi hacks that alone accounted for the vast majority of the damage.

These weren't isolated smart-contract bugs—they exposed deeper vulnerabilities in operations, infrastructure, and human elements.

The fallout triggered billions in DeFi outflows, sent shockwaves across lending protocols. It eroded investor confidence at a time when the sector was already navigating regulatory and market pressures.

In just the first 18 days, losses topped $606 million across at least a dozen incidents, pushing year-to-date 2026 thefts near $772 million.

**Drift Protocol (April 1) – $285 Million**

Solana's largest perpetual futures DEX suffered one of the year's biggest hits when attackers drained key vaults holding JLP tokens, SOL, BTC, and other assets.

The breach wasn't a code flaw—independent audits had cleared the contracts. Instead, it stemmed from a sophisticated six-month social engineering campaign linked to North Korea's Lazarus