

# Terms of Service

Updated January 6, 2026

## 1. Welcome to Aave.com and the Interface!

These Terms of Use ("Terms") govern your access to and use of both the Aave.com website (referred to as "Aave.com") and App.aave.com interface (referred to as the "Interface") collectively referred to as the "Services." The Services are brought to you by the Aave Labs ("we," "us," or "our").

**Aave.com** provides information and resources about the fundamentals of the decentralized non-custodial liquidity protocol called the Aave Protocol, comprised of open-source self-executing smart contracts that are deployed on various permissionless public blockchains, such as Ethereum (the "Aave Protocol" or the "Protocol"). The Aave Labs does not control or operate any version of the Aave Protocol on any blockchain network.

**The Interface,** which is hosted on IPFS, is an independent interface providing one of the available applications through which users, via their self-custodial wallets, interact with the Aave Protocol.

**ARBITRATION NOTICE:** THESE TERMS CONTAIN AN ARBITRATION CLAUSE BELOW. EXCEPT FOR CERTAIN TYPES OF DISPUTES MENTIONED IN THAT ARBITRATION CLAUSE, YOU AND WE AGREE THAT ANY DISPUTES RELATING TO THE SERVICES (AS DEFINED BELOW) WILL BE RESOLVED BY MANDATORY BINDING ARBITRATION, AND YOU WAIVE ANY RIGHT TO A TRIAL BY JURY OR TO PARTICIPATE IN A CLASS-ACTION LAWSUIT OR CLASS-WIDE ARBITRATION.

**You are entering into a binding Agreement.**

BY ACCESSING OR USING OUR SERVICES, WHICH INCLUDE OUR VARIOUS WEBSITES, INCLUDING, WITHOUT LIMITATION, AAVE.COM AND APP.AAVE.COM (AND ANY

![aave logo]

WHETHER ACCESSED THROUGH THE SITE OR OTHERWISE (COLLECTIVELY, THE "SERVICES"), YOU ARE ENTERING INTO A BINDING AGREEMENT WITH US THAT INCLUDES THESE TERMS, PRIVACY POLICY (FOUND HERE), AND OTHER POLICIES REFERENCED HEREIN (COLLECTIVELY, THE "AGREEMENT").

To the extent that there is a conflict between these Terms and any applicable additional terms, these Terms will control unless expressly stated otherwise. If you don't agree with these Terms, you may not use the Services and should not visit the Site or otherwise engage with the Services.

## Use of the Services

To use the Services, you must legally be able to enter into the Agreement. By using the Services, you represent and warrant that you meet the eligibility requirement. If you do not meet the requirement, you must not access or use the Site or the Services.

**We may update the Services and the Terms.**

We may change or update the Services, the Agreement, and any part of the Terms at any time, for any reason, at our sole discretion. Once any part of the Agreement is updated and in effect, you will be bound by the Terms if you continue to use the Services. We may, at any time, and without liability to you, modify or discontinue all or part of the Services (including access to the Services via any third-party links).

## 2. Services

**Aave.com is an informational resource about the Protocol; however, it is not the exclusive or sole source.**

All information provided in connection with your access and use of the Services is intended for informational purposes only. While we strive to provide accurate and reliable information, we cannot guarantee the accuracy, completeness, or timeliness of the information provided. It is possible that the information may be outdated or subject to errors or omissions. The codebases of all the versions of the Aave Protocol are maintained on each full network node of the relevant blockchain. You should not take, or refrain from



available at any time, including blog posts, data, articles, links to third-party content, Discord content, news feeds, tutorials, tweets, and videos. You further acknowledge and agree that we will not be responsible or liable, directly or indirectly, for any damage or loss caused or alleged to be caused by or in connection with the use of or reliance on any such content, goods, or services available on or through any such site or resource.

**Users retain full control over their cryptoassets.**

It is important to understand that neither we nor any affiliated entity is a party to any transaction on the blockchain networks underlying the Aave Protocol; we do not have possession, custody or control over any cryptoassets, or any user's funds. You understand that when you interact with Aave Protocol, you retain control over your cryptoassets at all times.

**Users use third-party self-custodial wallets to interact with the Aave Protocol; we have no control or guarantee over the wallets.**

To interact with the Aave Protocol using the Interface, you will need to connect and engage with it through your self-custodial wallet. It's essential to understand that your self-custodial wallet is provided by a third-party entity and is generally governed by separate terms and conditions set by the respective third-party service provider. These terms and conditions may involve additional fees, disclaimers, or risk warnings regarding the accuracy and reliance on the provided information. Reviewing and comprehending the terms and conditions associated with your chosen self-custodial wallet provider to ensure compliance and to be aware of any applicable charges or risks is your sole responsibility.

**We are not intermediaries to blockchain transactions.**

Due to the non-custodial and decentralized nature of the technology, we are not intermediaries, agents, advisors, or custodians, and we do not have a fiduciary relationship or obligation to you regarding any decisions, actions, or transactions you make when using our Services. This includes, without limitation, any transactions you initiate with or through the Aave Protocol or any other decentralized protocol, application, or service accessible via the Services. You are solely responsible for ensuring the accuracy, legality, and appropriateness of your interactions with any such third-party services, decentralized protocols, or smart contracts. We do not act as an intermediary, broker, agent, or fiduciary for any user or third party, and we disclaim any responsibility for the execution, settlement, or outcome of any transaction initiated by you.



You acknowledge that we do not have information regarding all Aave Protocol transactions beyond what is available or obtainable publicly via the blockchain. However, we may collect information regarding the users of the Services in accordance with our Privacy Policy.

**There may be associated blockchain fees.**

Transactions conducted via blockchain networks may be subject to various fees imposed by third parties for access to and use of such permissionless networks. These fees may include, without limitation, gas fees, which are network transaction fees paid to validators, block producers, or similar participants for the processing, validation, and confirmation of transactions on the relevant blockchain network. Additionally, certain decentralized protocols, applications, or third-party services that you access through the Services may impose separate fees, including but not limited to swap fees, liquidity provider fees, or fees associated with fiat on-ramp and off-ramp services. To the extent a counterparty is involved, such fees are determined, levied, and collected solely by the relevant third parties. You acknowledge and agree that certain blockchain network fees may be non-refundable in all circumstances, including but not limited to instances where a transaction is reverted, fails to execute, or is otherwise unsuccessful. You are solely responsible for understanding and bearing all costs, fees, and charges associated with your use of the Services, including those imposed by decentralized protocols, smart contracts, or third-party service providers. We make no representations, warranties, or guarantees as to the availability, accuracy, functionality, or suitability of any third-party services, fee structures, or transactions.

**You understand that the Interface is hosted on a decentralized infrastructure for storing and accessing data and content, IPFS.**

The Interface is hosted on the InterPlanetary File System ("IPFS"), a decentralized and distributed network protocol allowing for the storage and retrieval of files in a peer-to-peer manner, utilizing a distributed network of computers rather than relying on a central server. This means that the Interface's files are not stored in a single location but are instead spread across multiple nodes within the IPFS network.

# 3. Assumption of Risk



generated by the smart contracts, and other nascent software, applications, and systems that interact with blockchain-based networks are experimental, speculative, inherently risky, and subject to change. Among other risks, bugs, malfunctions, cyberattacks, or changes to the applicable blockchain (e.g., forks) could disrupt these technologies and even result in a total loss of cryptoassets, their market value, or digital funds. We assume no liability or responsibility for any such risks. If you are not comfortable assuming these risks, you should not access or engage in transactions using blockchain-based technology.

**We are not liable for any third-party services or links.**

We are not responsible for the content or services of any third-party, including, without limitation, any network or apps like Discord or MetaMask, and we make no representations regarding the content or accuracy of any third-party services or materials. The use and access of any third-party products or services, including through the Services, are at your own risk. Please note that we do not have control over third-party services. Consequently, we cannot guarantee, endorse, or recommend such content or services to users of the Interface, nor can we endorse their use for any specific purpose.

**You agree to the automated collection and disbursement of proceeds by smart contracts.**

You acknowledge and agree that all transactions accessed through the blockchain-based networks will be automatically processed using one or more smart contracts. By engaging in transactions using the Services, you acknowledge and consent to the automatic processing of all transactions in connection with using the Services. You further acknowledge and agree that the applicable smart contract will dictate how the funds of a transaction and ownership of cryptoassets are distributed.

**You acknowledge the risks of using the Services.**

You bear sole responsibility for evaluating the Services before using them, and all transactions on the blockchain are irreversible, final, and without refunds. The Services may be disabled, disrupted, or adversely impacted as a result of sophisticated cyber-attacks, surges in activity, computer viruses, and/or other operational or technical challenges, among other things. We disclaim any ongoing obligation to notify you of all the potential risks of using and accessing our Services. You agree to accept these risks and

Terms of Service | Aave

# aave

**You are solely responsible for the security of your self-custodial wallet.**

You understand and agree that you are solely responsible for maintaining the security of

your self-custodial wallet. You alone are responsible for securing your private keys. We do not have access to your private keys. Any unauthorized access to your self-custodial wallet by third parties could result in the loss or theft of any cryptoasset or funds held in your account and any associated accounts. You understand and agree that we have no involvement in, and you will not hold us responsible for managing and maintaining the security of your self-custodial wallet. The private key associated with the self-custodial wallet address from which you transfer cryptoassets or the private key associated is the only private key that can control the cryptoassets you transfer into the smart contracts.

**We reserve the right to restrict your access from engaging with the Services.**

You agree that we have the right to restrict your access to the Services via any technically available methods if we suspect, in our sole discretion, that (a) you are using the Services for money laundering or any illegal activity; (b) you have engaged in fraudulent activity; (c) you have acquired cryptoassets using inappropriate methods, including the use of stolen funds to purchase such assets; (d) you are the target of any sanctions administered or enforced by the U.S. Department of the Treasury's Office of Foreign Assets Control ("OFAC"), the United Nations Security Council, the European Union, Her Majesty's Treasury, or any other legal or regulatory authority in any applicable jurisdiction; (e) either you, as an individual or an entity, or your wallet address is listed on the Specially Designated Nationals and Blocked Persons List ("SDN List"), Consolidated Sanctions List ("Non-SDN Lists), or any other sanctions lists administered by OFAC; (f) you are located, organized, or resident in a country or territory that is, or whose government is, the subject of sanctions, including but not limited to Belarus, Côte d'Ivoire, Crimea, Cuba, Donetsk People's Republic of Ukraine, Iran, Iraq, Kherzon region of Ukraine, Liberia, Libya, Luhansk People's Republic of Ukraine, Myanmar, North Korea, Russia, Sudan, Syria, Venezuela, Zaporishzia region of Ukraine; or (g) you have otherwise acted in violation of these Terms. If we have a reasonable suspicion that you are utilizing the Services for illegal purposes, we reserve the right to take whatever action we deem appropriate.

**We do not guarantee the quality or accessibility of the Services.**



including, but not limited to equipment malfunctions, periodic maintenance procedures or repairs, causes beyond our control or that we could not reasonably foresee, disruptions and temporary or permanent unavailability of underlying blockchain infrastructure or unavailability of third-party service providers or external partners for any reason.

You acknowledge and agree that you will access and use the Services at your own risk. You should not engage in blockchain-based transactions unless it is suitable given your circumstances and financial resources. By using the Services, you represent that you have been, are, and will be solely responsible for conducting your own due diligence into the risks of a transaction and the underlying smart contracts and cryptoassets.

## 4. Taxes

**You are responsible for your taxes and duties.**

Users bear sole responsibility for paying any and all taxes, duties, and assessments now or hereafter claimed or imposed by any governmental authority associated with their use of the Services and/or payable as a result of using and/or exploiting any cryptoassets and interacting with smart contracts. Blockchain-based transactions are novel, and their tax treatment is uncertain.

## 5. Ownership

**We grant you a license to use our Services.**

Contingent upon your ongoing compliance with the Agreement, we grant you a personal, worldwide, revocable, non-exclusive, and non-assignable license to use the software provided to you as part of our Services. The only purpose of this license is to allow you to use and enjoy the Services solely as permitted by these Terms.

**We own all rights in the Services.**

We own any and all right, title, and interest in and to the Services, including, without limitation, any and all copyrights in and to any content, code, data, or other materials that you may access or use on or through the Services. Except as expressly set forth herein, your use of or access to the Services does not grant you any ownership or other rights therein.

Any comments, bug reports, ideas, or other feedback that you may provide about our Services, including suggestions about how we might improve our Services, are entirely voluntary. You agree that we are free to use or not use any feedback that we receive from you as we see fit, including copying and sharing such feedback with third parties, without any obligation to you.

## 6. Prohibited Content

You may only use the Services if you comply with this Agreement (including, without limitation, these Terms), applicable third-party policies, and all applicable laws, rules, regulations, and related guidance. The following conduct is prohibited:

- Engaging in or promoting any unlawful, fraudulent, or illegal activity in any applicable jurisdiction, including, without limitation, money laundering, financing terrorism, tax evasion, violations of sanctions or export control laws, buying or selling illegal drugs, contraband, counterfeit goods, or illegal weapons.

- Exploiting the Services for any unauthorized commercial purpose, including but not limited to resale, sublicensing, offering the Services to third parties, aggregating Services for resale, or using the Services to operate a service bureau or similar commercial service without our express permission.

- Uploading or transmitting viruses, worms, Trojan horses, time bombs, cancel bots, spiders, malware, or any other harmful or disruptive code that may affect the functionality or operation of the Services.

- Copying, reproducing, or making unauthorized use of any portion of the Services, including by attempting to reverse compile, disassemble, reverse engineer, frame, or otherwise derive the source code or underlying ideas.

- Harvesting, scraping, mining, or otherwise collecting data or information from the Services without authorization, including through automated means such as bots, spiders, or crawlers.

- Using the Services under false or fraudulent pretenses, including through impersonation, identity theft, use of fake credentials, or other deceitful conduct.

- Interfering with other users' access to or use of the Services.

- Interfering with or circumventing security features, access restrictions, usage limits, geofencing measures, or other technical limitations of the Services or any third party's systems, networks, or resources used in connection with the Services.

permitted by a smart contract may nevertheless violate these Terms and applicable law).

- Engaging in any anticompetitive behavior or misconduct, including but not limited to price fixing, market manipulation, or collusion.

- Engaging in any other conduct that violates the spirit or intent of these Terms, as determined by in our sole discretion.

**Violating our rules may result in our intervention.**

You agree and acknowledge that if you use the Services to engage in conduct prohibited by applicable law, we permanently reserve the right to completely or partially restrict or revoke your access to the Services, either completely or for a period of time, at our sole discretion. We reserve the right to amend, rectify, edit, or otherwise alter transaction data to remediate or mitigate any damage caused either to us or to any other person as a result of a user's violation of this Agreement or applicable law.

**We reserve the right to investigate violations.**

We reserve the right to investigate and prosecute any suspected breaches of this Agreement, including the Terms. We may disclose any information as necessary to satisfy any law, regulation, legal process, or governmental request.

## 7. Disclaimers and Limitations of Liability

**We make no representations or warranties.**

THE SERVICES ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS. WE AND OUR PARENTS, SUBSIDIARIES, AFFILIATES, RELATED COMPANIES, OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, REPRESENTATIVES, PARTNERS, AND LICENSORS (COLLECTIVELY, THE "AAVE LABS INDEMNIFIED PARTIES") MAKE NO GUARANTEES OF ANY KIND IN CONNECTION WITH THE SERVICES. TO THE MAXIMUM EXTENT PERMITTED UNDER APPLICABLE LAW, THE AAVE LABS INDEMNIFIED PARTIES DISCLAIM ALL WARRANTIES AND CONDITIONS, WHETHER EXPRESS OR IMPLIED, OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT AND DISCLAIM ALL RESPONSIBILITY AND LIABILITY FOR:

Terms of Service - Aave

# aave

WITHOUT LIMITATION, THE VALUE OR OUTCOME OF ANY TRANSACTION) AVAILABLE THROUGH THE SERVICE IS PROVIDED FOR GENERAL INFORMATION ONLY AND SHOULD NOT BE RELIED UPON OR USED AS THE SOLE BASIS FOR MAKING DECISIONS. ANY RELIANCE ON THE SERVICES IS AT YOUR OWN RISK.

- INJURY OR DAMAGE RESULTING FROM THE SERVICES. FOR EXAMPLE, YOU EXPRESSLY ACKNOWLEDGE, UNDERSTAND, AND AGREE THAT THE SERVICES MAY CONTAIN AUDIO-VISUAL EFFECTS, STROBE LIGHTS, OR OTHER MATERIALS THAT MAY AFFECT YOUR PHYSICAL SENSES AND/OR PHYSICAL CONDITION. FURTHER, YOU EXPRESSLY ACKNOWLEDGE THAT THE AAVE LABS INDEMNIFIED PARTIES ARE NOT RESPONSIBLE FOR LOSS OR DAMAGE CAUSED BY ANOTHER USER'S CONDUCT, UNAUTHORIZED ACTORS, OR ANY UNAUTHORIZED ACCESS TO OR USE OF THE SERVICES.

- VIRUSES, WORMS, TROJAN HORSES, TIME BOMBS, CANCEL BOTS, SPIDERS, MALWARE, OR OTHER TYPE OF MALICIOUS CODE THAT MAY BE USED IN ANY WAY TO AFFECT THE FUNCTIONALITY OR OPERATION OF THE SERVICES.

**Limitation of Liability.**

TO THE MAXIMUM EXTENT PERMITTED BY LAW, IN NO EVENT SHALL ANY AAVE LABS INDEMNIFIED PARTY BE LIABLE TO YOU FOR ANY LOSS, DAMAGE, OR INJURY OF ANY KIND INCLUDING ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, EXEMPLARY, CONSEQUENTIAL, OR PUNITIVE LOSSES OR DAMAGES, OR DAMAGES FOR SYSTEM FAILURE OR MALFUNCTION OR LOSS OF PROFITS, DATA, USE, BUSINESS OR GOOD-WILL OR OTHER INTANGIBLE LOSSES, ARISING OUT OF

OR IN CONNECTION WITH:

- THE SERVICES OR YOUR INABILITY TO USE OR ACCESS THE SERVICES.

- MISUSE OF THE SERVICES (INCLUDING WITHOUT LIMITATION, UNAUTHORIZED ACCESS OF THE SERVICES).

- ANY USER CONDUCT ON THE SERVICES.

- TERMINATION, SUSPENSION OR RESTRICTION OF ACCESS TO ANY THE SERVICES.

IN ADDITION TO THE FOREGOING, NO AAVE LABS INDEMNIFIED PARTY SHALL BE LIABLE FOR ANY DAMAGES CAUSED IN WHOLE OR IN PART BY:

Terms of Service – Aave

# aave

- SERVER FAILURE OR DATA LOSS.

- THE MALFUNCTION, UNEXPECTED FUNCTION OR UNINTENDED FUNCTION OF THE BLOCKCHAIN, ANY COMPUTER OR CRYPTOASSET NETWORK (INCLUDING ANY WALLET PROVIDER), INCLUDING WITHOUT LIMITATION LOSSES ASSOCIATED WITH NETWORK FORKS, REPLAY ATTACKS, DOUBLE-SPEND ATTACKS, SYBIL ATTACKS, 51% ATTACKS, GOVERNANCE DISPUTES, MINING DIFFICULTY, CHANGES IN CRYPTOGRAPHY OR CONSENSUS RULES, HACKING, OR CYBERSECURITY BREACHES.

- ANY CHANGE IN VALUE OF ANY CRYPTOASSET.

- ANY CHANGE IN LAW, REGULATION, OR POLICY.

- EVENTS OF FORCE MAJEURE.

- ANY THIRD PARTY.

THIS LIMITATION OF LIABILITY IS INTENDED TO APPLY WITHOUT REGARD TO WHETHER OTHER PROVISIONS OF THESE TERMS HAVE BEEN BREACHED OR HAVE PROVEN INEFFECTIVE. THE LIMITATIONS SET FORTH IN THIS SECTION SHALL APPLY REGARDLESS OF THE FORM OF ACTION, WHETHER THE ASSERTED LIABILITY OR DAMAGES ARE BASED ON CONTRACT, INDEMNIFICATION, TORT, STRICT LIABILITY, STATUTE, OR ANY OTHER LEGAL OR EQUITABLE THEORY, AND WHETHER OR NOT THE AAVE LABS INDEMNIFIED PARTIES HAVE BEEN INFORMED OF THE POSSIBILITY OF ANY SUCH DAMAGE.

IN NO EVENT WILL THE AAVE LABS INDEMNIFIED PARTIES' CUMULATIVE LIABILITY TO YOU OR ANY OTHER USER, FROM ALL CAUSES OF ACTION AND ALL THEORIES OF LIABILITY EXCEED ONE THOUSAND U.S. DOLLARS (U.S. $1,000.00).

UNDER NO CIRCUMSTANCES SHALL ANY AAVE LABS INDEMNIFIED PARTY BE REQUIRED TO DELIVER TO YOU ANY VIRTUAL CURRENCY AS DAMAGES, MAKE SPECIFIC PERFORMANCE, OR ANY OTHER REMEDY. IF YOU WOULD BASE YOUR CALCULATIONS OF DAMAGES IN ANY WAY ON THE VALUE OF VIRTUAL CURRENCY, YOU AND WE AGREE THAT THE CALCULATION SHALL BE BASED ON THE LOWEST VALUE OF THE VIRTUAL CURRENCY DURING THE PERIOD BETWEEN THE ACCRUAL OF THE CLAIM AND THE AWARD OF DAMAGES.

Some jurisdictions do not allow the exclusion or limitation of certain warranties and liabilities provided in this section; accordingly, some of the above limitations and

**aave**

~~Aave Labs Indemnified Parties' liability, and the scope of any such warranties will be as~~ permitted under applicable law.

## 8. Indemnification

You agree to indemnify, defend, and hold harmless the Aave Labs Indemnified Parties from any claim or demand, including reasonable attorneys' fees, made by any third party due to or arising out of:

- Your breach or alleged breach of the Agreement (including, without limitation, these Terms).
- Anything you contribute to the Services.
- Your misuse of the Services, or any smart contract and/or script related thereto.
- Your violation of any laws, rules, regulations, codes, statutes, ordinances, or orders of any governmental or quasi-governmental authorities.
- Your violation of the rights of any third party, including any intellectual property right, publicity, confidentiality, property, or privacy right.
- Your use of a third-party product, service, and/or website.
- Any misrepresentation made by you.

We reserve the right to assume, at your expense, the exclusive defense and control of any matter subject to indemnification by you. You agree to cooperate with our defense of any claim. You will not in any event settle any claim without our prior written consent.

We reserve the right to assume, at your expense, the exclusive defense and control of any matter subject to indemnification by you. You agree to cooperate with our defense of any claim. You will not in any event settle any claim without our prior written consent.

## 9. Arbitration Agreement and Waiver of Rights, Including Class Actions

PLEASE READ THIS SECTION CAREFULLY: IT MAY SIGNIFICANTLY AFFECT YOUR LEGAL RIGHTS, INCLUDING YOUR RIGHT TO FILE A LAWSUIT IN COURT AND TO HAVE A JURY HEAR YOUR CLAIMS. IT CONTAINS PROCEDURES FOR MANDATORY BINDING ARBITRATION AND A CLASS ACTION WAIVER.

Terms of Service - Aave



Prior to commencing any legal proceeding against us of any kind, including an arbitration as set forth below, you and we agree that we will attempt to resolve any dispute, claim, or controversy between us arising out of or relating to the agreement or the Services (each, a "Dispute" and, collectively, "Disputes") by engaging in good faith negotiations. Such good faith negotiations require, at a minimum, that the aggrieved party provide a written notice to the other party specifying the nature and details of the Dispute. The party receiving such notice shall have thirty (30) days to respond to the notice. Within sixty (60) days after the aggrieved party sent the initial notice, the parties shall meet and confer in good faith by videoconference, or by telephone, to try to resolve the Dispute. If the parties are unable to resolve the Dispute within ninety (90) days after the aggrieved party sent the initial notice, the parties may agree to mediate their Dispute, or either party may submit the Dispute to arbitration as set forth below.

## Agreement to Arbitrate

You and we agree that any Dispute that cannot be resolved through the procedures set forth above will be resolved through binding arbitration in accordance with the International Arbitration Rules of the International Centre for Dispute Resolution. The place of arbitration shall be the Cayman Islands. The language of the arbitration shall be English. The arbitrator(s) shall have experience adjudicating matters involving Internet technology, software applications, financial transactions and, ideally, blockchain technology. The arbitrator's award of damages must be consistent with the terms of the "Limitation of Liability" subsection of these Terms as to the types and amounts of damages for which a party may be held liable. The prevailing party will be entitled to an award of their reasonable attorney's fees and costs. Except as may be required by law, neither a party nor its representatives may disclose the existence, content, or results of any arbitration hereunder without the prior written consent of (all/both) parties.

UNLESS YOU TIMELY PROVIDE US WITH AN ARBITRATION OPT-OUT NOTICE (AS DEFINED BELOW IN THE SUBSECTION TITLED "YOUR CHOICES"), YOU ACKNOWLEDGE AND AGREE THAT YOU AND WE ARE EACH WAIVING THE RIGHT TO A TRIAL BY JURY OR TO PARTICIPATE AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS ACTION OR REPRESENTATIVE PROCEEDING. FURTHER, UNLESS BOTH YOU AND WE OTHERWISE AGREE IN WRITING, THE ARBITRATOR MAY NOT CONSOLIDATE MORE THAN ONE PERSON'S CLAIMS AND MAY NOT OTHERWISE PRESIDE OVER ANY FORM OF ANY CLASS OR REPRESENTATIVE PROCEEDING.

## Changes



...not accepted these Terms (or accepted any subsequent changes to these Terms).

## 10. Waiver of Injunctive or Other Equitable Relief

TO THE MAXIMUM EXTENT PERMITTED BY LAW, YOU AGREE THAT YOU WILL NOT BE PERMITTED TO OBTAIN AN INJUNCTION OR OTHER EQUITABLE RELIEF OF ANY KIND, SUCH AS ANY COURT OR OTHER ACTION THAT MAY INTERFERE WITH OR PREVENT THE DEVELOPMENT OR EXPLOITATION OF THE SERVICES, OR ANY OTHER WEBSITE, APPLICATION, CONTENT, SUBMISSION, PRODUCT, SERVICE, OR INTELLECTUAL PROPERTY OWNED, LICENSED, USED OR CONTROLLED BY ANY AAVE LABS INDEMNIFIED PARTY.

## 11. Termination; Cancellation

This Agreement is effective unless and until terminated by either you or us. You may terminate your Agreement with us at any time by ceasing all access to the Services. If, in our sole judgment, you fail, or we suspect that you have failed, to comply with any term or provision of the Agreement (including without limitation any provision of these Terms), we reserve the right to terminate our Agreement with you and deny you access to the Services. We further reserve the right to restrict your access to the Services or to stop providing you with all or a part of the Services at any time and for no reason, including, without limitation, if we reasonably believe: (a) your use of the Services exposes us to risk or liability; (b) you are using the Services for unlawful purposes; or (c) it is not commercially viable to continue providing you with our Services. All of these are in addition to any other rights and remedies that may be available to us, whether in equity or at law, all of which we expressly reserve.

WE RESERVE THE RIGHT TO MODIFY THE SERVICES AT ANY TIME, BUT WE HAVE NO OBLIGATION TO UPDATE THE SERVICES. YOU AGREE THAT IT IS YOUR RESPONSIBILITY TO MONITOR CHANGES TO THE SERVICES THAT MAY AFFECT YOU. YOU AG

REE THAT WE MAY REMOVE THE SERVICES AND/OR ANY CONTENT THEREON FOR INDEFINITE PERIODS OF TIME OR CANCEL THE SERVICES AT ANY TIME, WITHOUT NOTICE TO YOU.

## 12. Severability

Terms of Service - Aave

**aave**

the fullest extent permitted by applicable law, and the unenforceable portion shall be deemed to be severed from the Agreement. Such determination shall not affect the validity and enforceability of any other remaining provisions.

## 13. Assignment

The Agreement (including, without limitation, these Terms) may be assigned without your prior consent to any Aave Labs Indemnified Party, or to its successors in the interest of any business associated with the Services provided by us. You may not assign or transfer any rights or obligations under the Agreement without our prior written consent.

## 14. Entire Agreement

The Agreement (including, without limitation, these Terms, and the Privacy Policy) and any policies or operating rules posted by us on the Services constitute the entire agreement and understanding between you and us and govern your use of the Services, superseding any prior or contemporaneous agreements, communications, and proposals, whether oral or written, between you and us (including, but not limited to, any prior versions of these Terms). Any failure by us to exercise or enforce any right or provision of the Agreement (including, without limitation, these Terms) shall not constitute a waiver of such right or provision.

## 15. Governing Law

These Terms and any separate agreements whereby we provide you Services shall be governed by and construed in accordance with the laws of the Cayman Islands.

## 16. Contact Us

You may contact us with questions about your use of the Services at wecare@aave.com.



| Products | Resources | Developers | About | Legal & Privacy |
|---|---|---|---|---|
| Aave App | Blog | Documentation | Aave Labs | Privacy Policy |
| Aave Pro | Brand | Case Studies | Careers | Terms of Service |
| Aave V3 | FAQ | Technical Paper | | Contact |
| Aave Kit | Help & Support | Security | | Press |
| | Governance | Bug Bounty | | Manage Analytics |

       

Aave.com provides information and resources about the fundamentals of the decentralised non-custodial liquidity protocol called the Aave Protocol, comprised of open-source self-executing smart contracts that are deployed on various permissionless public blockchains, such as Ethereum (the "Aave Protocol" or the "Protocol"). Aave Labs does not control or operate any version of the Aave Protocol on any blockchain network.