This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/finance/currencies/crypto-rushes-to-bail-out-decentralized-lender-targeted-by-hackers-d4182829

**MARKETS & FINANCE** • **CURRENCIES**

# Crypto Rushes to Bail Out Decentralized Lender Targeted by Hackers

Aave has suffered more than $10 billion in outflows since April 18

**By Vicky Ge Huang** [Follow]

**April 29, 2026 3:59 pm** ET



Stani Kulechov, the chief executive of Aave. SUHAIMI ABDULLAH/BLOOMBERG NEWS

Crypto firms are racing to backstop the industry's biggest decentralized lender after North Korea-linked hackers absconded with $190 million from the platform.

Consensys and its founder Joseph Lubin, Circle Ventures and crypto billionaire Justin Sun are among those who have pledged funds to Aave, which held as much as $75 billion in deposits last year. Decentralized lenders pay users interest for keeping their tokens on the platform, and then lend those assets to others.

Aave has faced significant pressure since April 18, when hackers affiliated with North Korea's Lazarus Group gained access to KelpDAO, a little-known project unrelated to Aave, and stole some $290 million in "restaked" ether, a type of financial product known as a derivative that mimics the underlying digital token, according to Chainalysis. From there, the hackers posted those restaked tokens as collateral on Aave, borrowing $190 million from the platform.

Because the stolen collateral wasn't backed by actual ether, Aave was stuck with as much as $230 million in bad debt.

The novel attack triggered a panic among Aave depositors, who have withdrawn more than $10 billion since then. As the initial wave of users rushed to exit, Aave reached its limits on how much it could lend out, effectively freezing the remaining assets and leaving subsequent users unable to withdraw. Borrowing rates on Aave surged into double digits as stranded lenders scrambled to borrow stablecoins against their locked collateral.



Joseph Lubin, the Consensys founder, pledged money to Aave. SUHAIMI ABDULLAH/BLOOMBERG NEWS

A spokesperson for Aave Labs said the borrowing rates have since normalized as liquidity conditions improved, companies deposited funds

into Aave and confidence in the recovery effort took hold.

Decentralized finance, known as DeFi, is an umbrella term for financial services offered on public blockchains. Like traditional banks, DeFi applications allow users to borrow, lend, earn interest, and trade. These services are often used by traders seeking to borrow against their crypto holdings to place even larger bets.

As of Wednesday, Aave has raised approximately $307 million from industry players in what many are calling the largest recovery effort in DeFi history. The amount fully covers Aave's exposure to the stolen collateral, the spokesperson said.

Still, the contagion has triggered a broader market retreat, raising concerns about the interconnectedness of DeFi applications. The total value locked in decentralized finance—a measure of liquidity in the system—has fallen to $83.3 billion from $99.5 billion on April 18, according to DeFiLlama.

"We need Aave to survive," said Nick Cannon, chief business officer at Gauntlet, a crypto risk management firm. "It would be bad for DeFi and crypto overall if there was a big hole that scared a lot of what is now coming from fintechs and institutions."

The crisis is unfolding during a fragile period for the broader crypto market. Major token prices have fallen below their 2025 peaks. Crypto companies have faced a barrage of increasingly sophisticated attacks. Earlier this month, North Korean hackers drained roughly $285 million from Drift Protocol after a monthslong social engineering campaign. Last year, North Koreans absconded with $1.5 billion from crypto exchange Bybit, the largest crypto heist ever.

The KelpDAO hack has also reignited the debate over the true nature of decentralization. Following the hack, the security council of the Arbitrum

blockchain froze about $71 million in stolen funds that the attackers had moved onto the blockchain. For many crypto purists, the move is a violation of the "code is law" doctrine, the belief that blockchain transactions should be immutable and beyond the reach of human authority.

Some industry players argue that for DeFi to achieve mass adoption, it must offer the same protections found in traditional finance. Major Wall Street firms are racing to turn traditional assets from stocks to bonds to funds into tokens on the blockchain, with many of these tokenized assets expected to be used in DeFi protocols.

"I think people overrate the benefits of decentralization, or how religiously someone has to adhere to it," said Cosmo Jiang, general partner at crypto venture firm Pantera Capital. "There's a lot of benefit to having circuit breakers, just like in traditional finance."

## The Latest on Crypto

Coverage of bitcoin and other cryptocurrencies, selected by the editors

> GET WSJ'S MARKETS A.M. NEWSLETTER



**The Trump Official Ushering Crypto Into the Banking System**



**The Crypto CEO Who's Become Enemy No. 1 on Wall Street**



**Crypto and Fintech Firms Seek Shortcut to Banking: Buy One**



**Trump Regulators Say They Are Ready to Lay Out Crypto Rules**

*Appeared in the April 30, 2026, print edition as 'Crypto Rushes to Bail Out Lender'.*

Vicky Ge Huang is a reporter for The Wall Street Journal in New York, where she primarily covers crypto and retail investing. She previously worked at Business Insider, covering actionable trading strategies and market analysis across major asset classes, including cryptocurrencies. Prior to joining...

 



**CONTENT FROM OUR SPONSOR: DELOITTE**

## Financial Services Chart Path for Rapid, Responsible AI, Blockchain Adoption

Technology innovation is transforming financial services, creating trillion-dollar opportunities while demanding new approaches to governance, compliance, and risk management.

The Wall Street Journal news department was not involved in the creation of this content.

## Videos