# Gerstein Harrow llp

The Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

<u>Re: Letter-Motion to for Alternative Service on Tether International S.A. de C.V.</u>

Dear Judge Garnett,

Plaintiffs in the following actions hold judgments for damages against either the Democratic People's Republic of Korea ("North Korea"), the Islamic Republic of Iran, or both (alongside many other terrorist parties), resulting from these states' sponsorship and commission of acts of terrorism:

- *Campuzano v. Islamic Republic of Iran*, 13-mc-146
- *Goldberg-Botvin v. Islamic Republic of Iran*, 13-mc-323
- *Ben Haim v. Islamic Republic of Iran*, 16-mc-94
- *Ben Haim v. Islamic Republic of Iran*, 16-mc-95
- *Kaplan v. Central Bank of The Islamic Republic of Iran*, 26-mc-33
- *Braun v. Islamic Republic of Iran*, 26-mc-34
- *Botvin v. Islamic Republic of Iran,* 26-mc-35
- *Bodoff v. Islamic Republic of Iran*, 26-mc-36
- *Ben Yishai v. Syrian Arab Republic*, 26-mc-81
- *Borochov v. Islamic Republic of Iran*, 26-mc-82
- *Fakhoury v. Islamic Republic of Iran*, 26-mc-83
- *Force v. Islamic Republic of Iran*, 26-mc-84
- *Fraenkel v. Islamic Republic of Iran*, 26-mc-85
- *Jakubowicz v. Islamic Republic of Iran*, 26-mc-86
- *Rubin v. Islamic Republic of Iran*, 26-mc-87
- *Salzman v. Islamic Republic of Iran*, 26-mc-88
- *Stern v. Islamic Republic of Iran*, 26-mc-89
- *Weinstein v. Islamic Republic of Iran*, 26-mc-90
- *Calderon-Cardona v. Democratic People's Republic of Korea*, 26-mc-94

These cases have been marked as related with each other, docketed alongside *Kim v. Democratic People's Republic of Korea*, No. 25-MC-527, and have all been assigned to Your Honor.

GH    Washington, DC
Scottsdale, AZ
Los Angeles, CA    hi@gerstein-harrow.com    gerstein-harrow.com

# Gerstein Harrow llp

On February 20, 2026, the Plaintiffs in *Kim* moved for alternative service of writs of execution on Tether International *S.A. de C.V.* ECF No. 13. On March 5, 2026, the *Kim* Plaintiffs filed a supplemental letter in support of that Motion in response to a question from this Court. ECF No. 24. In the supplemental letter, the *Kim* Plaintiffs suggested that direct service of the writ of execution is an appropriate means of alternative service under New York law. *Id.*

Since then, all of the above cases have been related and reassigned, and this Court has granted a motion by the *Kim*, *Kaplan*, and *Calderon-Cardona* Plaintiffs (who all have judgments against North Korea) to directly serve a writ of execution on another garnishee, Arbitrum DAO. ECF No. 34. At the same time, the currently unopposed issue of service on Tether remains a gateway to filing a motion for turnover against Tether so that such a motion can be decided alongside Plaintiffs' pending motion for turnover against Garnishee Circle Internet Financial LLC and their forthcoming motion for turnover against Garnishee Arbitrum DAO.

For the foregoing reasons, and for the reasons stated in the *Kim* Plaintiffs motion (ECF No. 13) and supplemental letter (ECF No. 24), all of the Plaintiffs in all of the above actions respectfully request that this court so-order this letter authorizing Plaintiffs to effect service on Tether by mailing copies of the writs of execution by registered mail to Tether International *S.A. de C.V.*, Edificio Torre Futura, Ocina 6, Nivel 11, Entre 87 y 89 Avenida Norte, Colonia Escalón, San Salvador, El Salvador; by emailing those documents to bberke@gibsondunn.com and dketani@gibsondunn.com; and by mailing them, by certified mail, to Barry H. Berke and Daniel M. Ketani, Gibson Dunn & Crutcher LLP, 200 Park Ave., New York, NY 10166.

Respectfully submitted,

*/s/ Charles Gerstein*
Charles Gerstein
Gerstein Harrow LLP
1629 Columbia Road NW, Suite 302
Washington, DC 20004
charlie@gerstein-harrow.com
(202) 670-4809

*/s/ Jason Harrow*
Jason Harrow
Gerstein Harrow LLP
12100 Wilshire Blvd. Ste. 800
Los Angeles, CA 90025
jason@gerstein-harrow.com
(323) 744-5293



Washington, DC
Scottsdale, AZ
Los Angeles, CA

hi@gerstein-harrow.com    gerstein-harrow.com

# Gerstein Harrow llp

_/s/ Robert Tolchin_
Robert Tolchin
THE BERKMAN LAW OFFICE LLC
829 E. 15th Street, Suite Seven
Brooklyn, New York 11230
rtolchin@berkmanlaw.com
(718) 855-3627

_Attorneys for all Plaintiffs in all listed actions_



GH    Washington, DC
Scottsdale, AZ
Los Angeles, CA

hi@gerstein-harrow.com            gerstein-harrow.com