USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/08/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HAN KIM, et al., Plaintiffs,

v.

THE DEMOCRATIC PEOPLE'S
REPUBLIC OF KOREA, a.k.a. NORTH
KOREA, Defendant

~~~

IN RE CENTRAL BANK OF THE
ISLAMIC REPUBLIC OF IRAN, et al.

~~~

RUTH CALDERON-CARDONA, et al.,
Plaintiffs,

v.

THE DEMOCRATIC PEOPLE'S
REPUBLIC OF KOREA, et al.,
Defendants

&

ARBITRUM DAO,
Garnishee (as to all cases)

Case Nos.   25-MC-527-MMG
26-MC-033-MMG
26-MC-094-MMG

[PROPOSED] ORDER

**WHEREAS**, upon consideration of the emergency motion of non-party Aave LLC ("Aave LLC") (Dkt. Nos. 39-42, the "Motion") to vacate the restraining notice to Arbitrum DAO (Dkt. No. 33-7, the "Restraining Notice"); Plaintiffs' response to the Motion (Dkt. No. 47), as well as the letters filed by the Parties on May 8, 2026 (Dkt. Nos. 50-51); and after due deliberation,

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1.      Pursuant to N.Y. C.P.L.R. 5240, the Restraining Notice issued to "Arbitrum DAO" is modified, so as to allow an on-chain vote to transfer the Immobilized Assets (as that term is used in the Motion) to a digital assets wallet controlled by Aave LLC.

2.      The transfer process described in the prior paragraph will not be deemed to be a violation of the Restraining Notice.  Any party initiating that on-chain transaction, voting with regard to that on-chain transaction, or participating in the on-chain transfer of assets to Aave LLC shall **not** be in violation of the Restraining Notice.

3.      Upon the occurrence of the transfer described in Paragraph 1 above, Aave LLC agrees to abide by the terms of the Restraining Notice as if the Restraining Notice had been issued to Aave LLC, until and unless the Restraining Notice is vacated or further modified by the Court, is withdrawn or modified by Plaintiffs, or expires by operation of law.

4.      The Court reserves decision on all other matters in connection with the Restraining Notice and the Immobilized Assets, and no prejudice toward those matters is intended by this Order.

Dated: New York, New York
       May  8  , 2026

_____
        Hon. Margaret M. Garnett
        United States District Judge

2