

**Registered No.** RE348412848US

**Date Stamp**

APR 27 20xx

To Be Completed By Post Office

| | | | |
|---|---|---|---|
| Reg. Fee $ | $15.75 | | |
| Handling Charge $ | $23.40 | Return Receipt $ | |
| Postage $ | $0.00 | Restricted Delivery $ | |
| Received by | $0.00 | | |

Customer Must Declare Full Value $ 1.00

$0.00

☐ With Postal Insurance
☒ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

**FROM**
GERSTEIN HARROW LLP
1629 Columbia Road NW
Suite 302
WASHINGTON, DC 20009

**TO**
TETHER INTERNATIONAL SA de CV
EDIFICIO TORRE FUTURA, OFC G Niv. 11
ENTRE 87 y 89 AVENIDA NORTE
COLONIA ESCALÓN, SAN SALVADOR, EL SALVADOR

PS Form **3806**, June 2002

**Receipt for Registered Mail**

Copy 1 - Customer
(See Information on Reverse)

For delivery information, visit our website at www.usps.com ®

TRACK STATUS ONLINE