# GERSTEIN HARROW LLP

The Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

<u>Re: Briefing Schedule in</u> Kim v. Democratic People's Republic of Korea, <u>*25-MC-527,*</u>
<u>In re Central Bank of the Islamic Republic of Iran, *26-MC-33, and* Calderon-</u>
<u>Cardona v. Democratic People's Republic of Korea, *25-MC-94*</u>

Dear Judge Garnett,

Plaintiffs and Aave LLC have agreed to the following briefing schedule for Plaintiffs'
anticipated motion for turnover:

- Plaintiffs move on May 22, 2026.
- Aave LLC responds by June 22, 2026.
- Plaintiffs reply by July 2, 2026.

By email, Jason Gottlieb, counsel for Aave LLC, asked me to include the following in
this letter, which I copy here verbatim at his request: "Aave LLC does not believe any
turnover briefing will be necessary, but this Court decides that if any such briefing is
necessary, Aave LLC agrees to this schedule.  Aave LLC also continues to believe that
in the meantime, it is necessary for Plaintiffs to post a bond to cover any damage their
injunction is causing."

Respectfully submitted,

*/s/ Charles Gerstein*
Charles Gerstein
GERSTEIN HARROW LLP
1629 Columbia Road NW, Suite 302
Washington, DC 20004
charlie@gerstein-harrow.com
(202) 670-4809

*/s/ Jason Harrow*
Jason Harrow
GERSTEIN HARROW LLP
12100 Wilshire Blvd. Ste. 800
Los Angeles, CA 90025
jason@gerstein-harrow.com
(323) 744-5293

Washington, DC
Scottsdale, AZ
Los Angeles, CA

hi@gerstein-harrow.com          gerstein-harrow.com

# Gerstein Harrow llp

*/s/ Robert Tolchin*
Robert Tolchin
The Berkman Law Office LLC
829 E. 15th Street, Suite Seven
Brooklyn, New York 11230
rtolchin@berkmanlaw.com
(718) 855-3627

*Attorneys for all Plaintiffs in all listed actions*



Washington, DC
Scottsdale, AZ
Los Angeles, CA

hi@gerstein-harrow.com                    gerstein-harrow.com