# Gerstein Harrow llp

Hon. Margaret M. Garnett
Thurgood Marshall
United States Courthouse
40 Foley Square,
New York, NY 10007

May 22, 2026

*Via CM/ECF*

*Re: Related Cases*

Dear Judge Garnett,

Consistent with Local Rule 1.6, counsel submits this statement that *Butler v. Democratic People's Republic of Korea*, 26-mc-235 (S.D.N.Y.) is related to *Kim v. Democratic People's Republic of Korea*, 25-mc-527 (S.D.N.Y.), and all cases related to it, because each case potentially involves the execution of judgments against the same parties on assets potentially in the custody of the same garnishees, and, therefore, under Rule 13 of this Court's Rules for the Division of Business Among District Judges these cases (a) "concern the same or substantially similar parties [and] property" and (b) "there is a substantial factual overlap" between the cases such that "the interests of justice and efficiency will be served" by assigning each case to the same judge.

Sincerely,

Charlie Gerstein

 Washington, DC
Scottsdale, AZ
Los Angeles, CA

hi@gerstein-harrow.com          gerstein-harrow.com