# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

**VIA ECF**

May 27, 2026

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:     *Kim v. Democratic People's Republic of Korea*, No. 25-MC-527 (MMG), ECF No. 56
        *Benson v. Islamic Republic of Iran*, No. 26-CV-2327 (LAP)

Dear Judge Garnett:

The undersigned are counsel for the plaintiffs in *Benson v. Islamic Republic of Iran*, No. 26-cv-2327 (LAP) (S.D.N.Y.), which was unsealed yesterday pursuant to an order dated May 22, 2026.

While the *Benson* action was under seal, Judge Preska issued an order of attachment covering the assets in the wallets with addresses TNiq9AXBp9EjUqhDhrwrfvAA8U3GUQZH81 and TTiDLWE6fZK8okMJv6ijg42yrH6W2pjSr9 (the "Attached Assets"), *i.e.*, the same assets that are subject to the Motion for Turnover at ECF No. 56 (the "Turnover Motion") in *Kim v. The Democratic People's Republic of Korea*, No. 25-mc-527. *See* 26-CV-2327, ECF Nos. 22, 35.

Attached hereto as Exhibit 1 is a copy of a letter filed on May 21, 2026 in the *Benson* action, while that action was still under seal, requesting that the Turnover Motion[1] be deemed related to the *Benson* action and assigned to Judge Preska pursuant to Rules 13 or 14 of the SDNY Rules for Division of Business Among District Judges.

---

[1] The *Benson* Plaintiffs understand that the Turnover Motion relates to Case Nos. 25-MC-527, 13-MC-146, 13-MC-323, 16-MC-94, 16-MC-95, 26-MC-33, 26-MC-34, 26-MC-35, 26-MC-36, 26-MC-81, 26-MC-82, 26-MC-83, 26-MC-84, 26-MC-85, 26-MC-86, 26-MC-87, 26-MC-88, 26-MC-89, and 26-MC-90, all of which have been deemed related and assigned to Your Honor. The *Benson* Plaintiffs seek a relatedness determination that would cover the request at ECF No. 56 in No. 25-MC-527 and all similar requests affecting the Attached Assets across the related cases. However, as set forth in the attached letter, the relief requested by the *Benson* Plaintiffs would not require transfer of all of the related cases to Your Honor, or even all of any single case—only transfer of the specific motion or motions seeking relief with respect to the Attached Assets. Ex. 1, at 2-3.

BRUSSELS   CHICAGO   DALLAS   FRANKFURT   HAMBURG   HOUSTON   LONDON   LOS ANGELES
MILAN   MUNICH   NEW YORK   PALO ALTO   PARIS   ROME   SAN FRANCISCO   WASHINGTON

Respectfully submitted,

/s/ Aaron E. Nathan

Michael J. Gottlieb
Willkie Farr & Gallagher LLP
2029 Century Park East
Los Angeles, CA 90067
(310) 855-3000
mgottlieb@willkie.com

Nicholas Reddick
Willkie Farr & Gallagher LLP
333 Bush St.
San Francisco, CA 94104
(415) 858-7400
nreddick@willkie.com

Lee S. Wolosky
Aaron E. Nathan
Willkie Farr & Gallagher LLP
787 Seventh Ave
New York, NY 10019
(212) 728-8000
lwolosky@willkie.com
anathan@willkie.com

*Counsel for Plaintiffs*
*in No. 26-cv-2327 (S.D.N.Y)*