**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| HAN KIM, and CHAIM KAPLAN, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) Case Nos. 25-MC-527, 13-MC-126, ) 13-MC-323, 16-MC-94, 16-MC-95, |
| v. | ) 26-MC-33, 26-MC-34, 26-MC-35, 26- ) MC-36, 26-MC-81, 26-MC-82, 26- |
| THE ISLAMIC REPUBLIC OF IRAN, THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, *et al.*, | ) MC-83, 26-MC-84, 26-MC-85, 26- ) MC-86, 26-MC-87, 26-MC-88, 26- ) MC-89, 26-MC-80, 26-MC-90, 26- ) MC-235 |
| Defendants, | ) ) |
| TETHER INTERNATIONAL *S.A. de C.V.*, | ) ) ) |
| Garnishee (as to all cases). | ) ) |

**CERTIFICATE OF SERVICE**

On June 5, 2026, I filed a certification attesting to service of writs of execution on Tether International *S.A. de C.V.* Since that filing, I noticed that the caption of that certification inadvertently omitted one case number (26-MC-89) and that my original email service to Gibson Dunn & Crutcher inadvertently omitted the Spanish translation of the writ of execution in *Butler v. Democratic People's Republic of Korea*, No. 26-MC-235. I hereby certify that today I emailed Barry Berke and Daniel Ketani copies of all writs of execution, in English and Spanish, alongside certifications of accuracy of each translation, for all cases related to *Kim v. Democratic People's Republic of Korea*, 25-MC-527. I further certify that out of an abundance of caution I sent the same documents via Federal Express to Berke and Ketani and also to Tether's address in El Salvador.

Respectfully submitted,

*/s/ Charles Gerstein*
Charles Gerstein
GERSTEIN HARROW LLP
1319 F Street NW, Suite 301
Washington, DC 20004
charlie@gerstein-harrow.com
(202) 670-4809

*/s/ Jason Harrow*
Jason Harrow
GERSTEIN HARROW LLP
401 Park Ave. S. 10th Floor
New York, NY 10016
jason@gerstein-harrow.com
(323) 744-5293

*/s/ Robert Tolchin*

Robert Tolchin
THE BERKMAN LAW OFFICE LLC
829 E. 15th Street, Suite Seven
Brooklyn, New York 11230
rtolchin@berkmanlaw.com
(718) 855-3627

*Attorneys for Plaintiffs*