**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HAN KIM, *et al.*, Plaintiffs, )<br>)<br>*v.* )<br>)<br>THE DEMOCRATIC PEOPLE'S )<br>REPUBLIC OF KOREA, a.k.a. NORTH )<br>KOREA, Defendant )<br>)<br>~~~~~ )<br>)<br>IN RE CENTRAL BANK OF THE )<br>ISLAMIC REPUBLIC OF IRAN, et al. )<br>)<br>~~~~~ )<br>)<br>)<br>RUTH CALDERON-CARDONA, et al., )<br>Plaintiffs, )<br>)<br>*v.* )<br>)<br>THE DEMOCRATIC PEOPLE'S )<br>REPUBLIC OF KOREA, et al., )<br>Defendants, )<br>)<br>& )<br>)<br>AAVE LLC, )<br>)<br>Garnishee (as to all cases) )<br>) | Case Nos.  25-MC-527-MMG<br>26-MC-033-MMG<br>26-MC-094-MMG |

**CERTIFICATE OF SERVICE OF MOTION ON DEFENDANT DEMOCRATIC**
**PEOPLE'S REPUBLIC OF KOREA**

On May 22, 2026, Plaintiffs in the above-captioned actions moved to turnover assets of Defendant the Democratic People's Republic of Korea ("DPRK") originally frozen by Garnishee Arbitrum DAO and now held by Garnishee Aave LLC. DPRK is not entitled to service of the motion under Rule 4 of the Federal Rules of Civil Procedure or the Foreign Sovereign Immunities Act. *See Harrison v. Republic of Sudan*, 802 F.3d 399, 406 (2d Cir. 2015) ("Service of . . . post-judgment motions [i]s not governed by the heightened standards of § 1608(a), and [i]s required to adhere only to the notice provisions of the federal rules . . . . [under which a] 'paper is served' by 'mailing it to the person's last known address—in which event service is complete upon mailing.'" (quoting Fed. R. Civ. P. 5(b)(2)(C)).

Undersigned counsel Charles Gerstein hereby certifies that on June 6, 2026, he caused to be mailed by Federal Express a copy of the motion for turnover or to determine or foreclose claims, memorandum of law, and supporting declaration, to Choe Son-Hui, the Minister of Foreign Affairs of DPRK, care of its permanent mission to the United Nations in New York. *See id.* (approving Rule 5 service by mail to foreign minister care of embassy facility in the U.S.).

Respectfully submitted,

*/s/ Charles Gerstein*
Charles Gerstein
GERSTEIN HARROW LLP
1319 F Street NW Ste. 301
Washington, DC 20004
charlie@gerstein-harrow.com
(202) 670-4809

1

*/s/ Jason Harrow*
Jason Harrow
GERSTEIN HARROW LLP
12100 Wilshire Blvd. Ste. 800
Los Angeles, CA 90025
jason@gerstein-harrow.com
(323) 744-5293

*/s/ Robert Tolchin*
Robert Tolchin
THE BERKMAN LAW OFFICE LLC
829 E. 15th Street, Suite Seven
Brooklyn, New York 11230
rtolchin@berkmanlaw.com
(718) 855-3627

*Attorneys for Plaintiffs*