# GERSTEIN HARROW LLP

The Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/12/2026
```

<u>*Re: Letter Motion to Substitute Administrator of Plaintiff The Estate of Yael Botvin*</u>

Dear Judge Garnett,

This letter motion concerns *Botvin v. Islamic Republic of Iran*, 26-MC-35.

In 1997, Yael Botvin, who was then 14 years old, was murdered in a bombing in Jerusalem. *See, e.g., Estate of Botvin v. Islamic Republic of Iran*, 05-CV-20, ECF No. 32 at 2 (D.D.C. July 3, 2012). Her Estate was administered by Russel Ellis, *id.*, who was a Plaintiff in the underlying case whose judgment is registered in this case, *id.*

Ellis died at the age of 96 at the beginning of May of this year. On May 19, 2026, the Inheritance Registrar for Jerusalem appointed Michal Leah Yogev, Yael's sister, as administrator of Yael's estate. A certified translation of the Registrar's order is attached as an exhibit. (I have redacted home addresses and identification numbers.)

Plaintiffs therefore respectfully request that this Court, under Federal Rule of Civil Procedure 25(c), substitute Yogev for Ellis as a party plaintiff in this Action.

GRANTED. Michal Leah Yogev as Administrator of the Estate of Yael Botvin is hereby SUBSTITUTED as plaintiff in *Botvin v. Islamic Republic of Iran,* 26-MC-35, in place and instead of Russel Ellis, Administrator. It is further ORDERED that the case caption reflect this party substitution, and the Clerk of Court is respectfully directed to modify the docket accordingly.

SO ORDERED. Dated June 12, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*/s/ Charles Gerstein*
Charles Gerstein
GERSTEIN HARROW LLP
1319 F Street NW, Suite 301
Washington, DC 20004
charlie@gerstein-harrow.com
(202) 670-4809

*/s/ Jason Harrow*
Jason Harrow
GERSTEIN HARROW LLP
12100 Wilshire Blvd. Ste. 800
Los Angeles, CA 90025
jason@gerstein-harrow.com
(323) 744-5293

**GH**    gerstein-harrow.com
hi@gerstein-harrow.com
(202) 670-4809

1319 F Street NW
Suite 301
Washington, DC 20004

2

/s/ Robert Tolchin
Robert Tolchin
THE BERKMAN LAW OFFICE LLC
829 E. 15th Street, Suite Seven
Brooklyn, New York 11230
rtolchin@berkmanlaw.com
(718) 855-3627

*Attorneys for Plaintiff*

GH    gerstein-harrow.com    1319 F Street NW
hi@gerstein-harrow.com    Suite 301
(202) 670-4809    Washington, DC 20004