# GERSTEIN HARROW LLP

The Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/24/2026

*Re: Letter Motion for Briefing Schedule in Cases Related to* Kim v. Democratic People's Republic of Korea, *25-MC-527*

Dear Judge Garnett,

This letter relates to the cases listed in postscript, all pending before Your Honor, in which my firm represents all Plaintiff–Judgment Creditors. I write to respectfully request that this Court so-order the following briefing schedule regarding the motion for turnover pending at docket number 56 in *Kim*, No. 25-MC-527.

I have conferred with counsel for Garnishee Tether International *S.A. de C.V.* Tether and Plaintiffs agree on the following schedule.

- Plaintiffs shall file a renewed memorandum of law in support of turnover no later than August 3, 2026.

- Tether shall respond no later than September 8, 2026.

- Plaintiffs shall reply no later than September 28, 2026.

Plaintiffs respectfully request that this Court hold the turnover motion as pending during this extended briefing schedule—rather than denying it without prejudice to renewal—as the Court did regarding the motion at docket number four.

GRANTED. The Court adopts the proposed briefing schedule set forth above. The Clerk of Court is respectfully directed to terminate Dkt. No. 81.

SO ORDERED. Dated June 24, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*/s/ Charles Gerstein*
Charles Gerstein
GERSTEIN HARROW LLP
1319 F Street NW, Suite 301
Washington, DC 20004
charlie@gerstein-harrow.com
(202) 670-4809

*/s/ Jason Harrow*
Jason Harrow
GERSTEIN HARROW LLP
12100 Wilshire Blvd. Ste. 800

GH  Washington, DC
Scottsdale, AZ
Los Angeles, CA

hi@gerstein-harrow.com          gerstein-harrow.com

# GERSTEIN HARROW LLP

2

Los Angeles, CA 90025
jason@gerstein-harrow.com
(323) 744-5293

*/s/ Robert Tolchin*
Robert Tolchin
THE BERKMAN LAW OFFICE LLC
829 E. 15th Street, Suite Seven
Brooklyn, New York 11230
rtolchin@berkmanlaw.com
(718) 855-3627

*Attorneys for all Plaintiffs in:*

- *Campuzano v. Islamic Republic of Iran*, 13-mc-146
- *Goldberg-Botvin v. Islamic Republic of Iran*, 13-mc-323
- *Ben Haim v. Islamic Republic of Iran*, 16-mc-94
- *Ben Haim v. Islamic Republic of Iran*, 16-mc-95
- *Kaplan v. Central Bank of The Islamic Republic of Iran*, 26-mc-33
- *Braun v. Islamic Republic of Iran*, 26-mc-34
- *Botvin v. Islamic Republic of Iran*, 26-mc-35
- *Bodoff v. Islamic Republic of Iran*, 26-mc-36
- *Ben Yishai v. Syrian Arab Republic*, 26-mc-81
- *Borochov v. Islamic Republic of Iran*, 26-mc-82
- *Fakhoury v. Islamic Republic of Iran*, 26-mc-83
- *Force v. Islamic Republic of Iran*, 26-mc-84
- *Fraenkel v. Islamic Republic of Iran*, 26-mc-85
- *Jakubowicz v. Islamic Republic of Iran*, 26-mc-86
- *Rubin v. Islamic Republic of Iran*, 26-mc-87
- *Salzman v. Islamic Republic of Iran*, 26-mc-88
- *Stern v. Islamic Republic of Iran*, 26-mc-89
- *Weinstein v. Islamic Republic of Iran*, 26-mc-90