**CURRICULUM VITAE**

# Justin Ehrenhofer







# Justin Ehrenhofer

**SENIOR DIRECTOR**
**NAXO**

45 Rockefeller Plaza, Suite 1964, New York, NY 10111
jehrenhofer@naxo.com | www.naxo.com

Justin Ehrenhofer is a decentralized systems technologist and blockchain expert who specializes in privacy protocols. Justin has applied his expertise to a broad range of investigations and regularly helps legal teams, law enforcement and companies analyze transactions involving privacy coins and other crypto assets, including Monero. Justin also has extensive experience developing and supporting compliance programs, most notably at DV Chain and Cake Wallet where he spent the early part of his career.

Prior to joining NAXO, Justin founded Moonstone Research, which NAXO acquired in 2024. At Moonstone, Justin developed the company's flagship product, Crescent Discovery, which helps investigative teams deanonymize Monero transactions. Before starting Moonstone, Justin handled operations and strategy for a self-custody wallet provider that served over 300,000 users and prior to that served in a compliance role at a financial services platform that offered liquidity and market maker services to crypto exchanges.

Throughout his career, Justin has been recognized as a thought leader on crypto assets. He served as a moderator of the r/CryptoCurrency subreddit and his insights have been featured in the New York Times, the Financial Times, VICE, CoinDesk, and Bitcoin Magazine. Justin also regularly speaks at conferences on privacy and compliance issues related to crypto assets and has presented at a FinCEN Innovation Hour on tracing Monero ransomware payments.

Justin holds a BSB in Management Information Systems and a BSB in Finance from the University of Minnesota. He currently sits on the board of MAGIC Grants, a 501(c)(3) nonprofit that issues scholarships to undergraduate students who are interested in cryptocurrencies and issues grants for public blockchain infrastructure projects.

## EDUCATION

**B.S., BUSINESS**
University of Minnesota, Carlson School of Management, 2019

## CERTIFICATIONS

TRM Achievement of Certification Excellence (TRM-ACE; includes CFC, CI, CCS, ACI)

ACAMS Certified Anti-Money Laundering Specialist (CAMS)



Justin Ehrenhofer                                                                   CURRICULUM VITAE

## PRIOR EXPERIENCE

**MOONSTONE RESEARCH**                                                            Chicago, IL
Founder
October 2023 – September 2024

- Started a company focused on de-anonymizing privacy coin transactions, including notoriously difficult-to-trace Monero transactions.
- Created Crescent Discovery, a highly visual web tracing tool that allows investigators to use advanced filters, definitive and heuristic connections, and other tracing techniques to trace Monero transactions.
- Created Astral Shield, a compliance API that allows exchanges and merchants to screen their Monero deposits and withdrawals for higher-risk indicators.
- Created Astral Explorer, a Monero block explorer that displays on-chain heuristics and transaction metadata alongside off-chain attribution data.

**CAKE LABS**                                                                     Chicago, IL
Vice President of Operations
October 2021 – September 2023

- Established and improved relationships with Robinhood, PayPal, Onramper, MoonPay, and other companies to provide cryptocurrency services inside of the self-custody wallet.
- Established and oversaw the completion of strategic objectives for Cake Labs, including the splitting-off of ecosystem-specific wallets such as Monero.com and selecting the priority for new assets.
- Led a team of eight developers to select development priorities, document tasks, and test builds before distribution. Created the first production wallet for Bitcoin Silent Payments and implemented novel additional security measures such as serverless TOTP 2FA. Oversaw the deployment of a global network of cryptocurrency nodes to handle hundreds of TB of bandwidth a month of user wallet sync requests.
- Led a team of five support staff to triage incoming support requests, document support procedures, and escalate important items for developer review.
- Expanded device support to include MacOS, Windows, and Linux desktop devices.

**DV GROUP**                                                                      Chicago, IL
Compliance Analyst
June 2019 – June 2021

- Improved and handled the AML onboarding process for institutional clients for DV Group entities, including the onboarding of Canadian cryptocurrency ETFs.
- Completed the AML onboarding of DV Group entities with other cryptocurrency exchanges.
- Prepared paperwork for an affiliate's registration with FINRA as a broker-dealer and another affiliate's registration with states as a money transmitter.
- Collaborated with Perkins Coie on a privacy coin compliance whitepaper and devised the first enhanced due diligence questionnaires for higher-risk customers who use privacy coins.
- Responded to bank, exchange, and regulator inquiries of counterparty and trader activities.

**PricewaterhouseCoopers**                                                        Minneapolis, MN
Cybersecurity & Privacy Intern, Advisory
June 2018 – August 2018

- Communicated requirements for identity and access management tool configuration to over a dozen client business teams. Led information-gathering meetings and communicated status updates.
- Explained SailPoint IIQ implementation configuration options through swim lane diagrams and technical documentation.

✉ jehrenhofer@naxo.com  |  ⦾ 45 Rockefeller Plaza, Suite 1964, New York, NY 10111



## EXPERT ENGAGEMENTS

- *Hurlock v. Kelsier Ventures et al*, United States District Court for the Southern District of New York, No. 1:25-cv-03891, 2025. Expert analysis and reports on the tracing of $LIBRA tokens through decentralized exchange liquidity pools.

- *Netherlands v. Alexey Pertsev*, East Brabant District Court, No. 82/198261-22, 2024. Expert analysis and report on the applicability of anti-money laundering regulations for crypto-asset service providers and financial service providers to various components of the Tornado Cash ecosystem, including smart contracts, the website, the software developers, cryptocurrency exchanges, and transaction relayers.

## PUBLICATIONS

- *Response to Financial Crime Enforcement Network 31 CFR 1010: RIN 1506-AB64, Proposal of Special Measure Regarding Convertible Virtual Currency Mixing, as a Class of Transactions of Primary Money Laundering Concern*, 2024.
- *Response to Financial Crimes Enforcement Network, 31 CFR Parts 1010, 1020, and 1022: RIN 1506-AB47, Requirements for Certain Transactions Involving Convertible Virtual Currency or Digital Assets*, 2021.
- *Anti-Money Laundering Regulation of Privacy-Enhancing Cryptocurrencies*, cooperation with Perkins Coie, 2020.
- *Monero Means Money: Cryptocurrency 101, Live from Leipzig*. This documentary feature film was made in one week and released at the start of the COVID-19 pandemic to support local theaters, 2020.

## SPEECHES AND TRAININGS

- *After Tornado Cash: The Outlook for Privacy and User-Controlled Wallets* panelist, Consensus, 2023.
- *Targeted Monero Tracing of Ransomware and Other Illicit Actors Using Poisoned Outputs,* FinCEN Innovation Hour, 2021.
- *Privacy Preserving Cryptocurrencies and AML Compliance*, Luminous Group, 2021.
- *Designing a Compliance Program for Privacy-Preserving Cryptocurrencies*, 2020.
- Blockchain Training Conference presenter, 2019.
- CipherTrace TRISA Travel Rule Conference panelist, 2019.
- *Breaking Monero Series*. 2018-2019.
- *Improving Monero's Release Schedule*, DEF CON 27, 2019.
- *Examining Monero's Ring Signatures*, DEF CON 26, 2018.

## REPRESENTATIVE MATTERS

- Provided analysis related to allegations against a decentralized cryptocurrency privacy protocol in connection with ongoing litigation. Investigated the flow of funds for developer wallets and other ecosystem wallets. Reviewed the source code of wallet, server, and website components to determine how end users communicated with the Ethereum network to effectuate transactions and interact with smart contract.

- Provided investigative support in connection with a crypto service bankruptcy to identify potentially recoverable assets in over one million cryptocurrency wallets. The investigation focused on complex crypto assets that may have been overlooked in previous recovery efforts and resulted in the recovery of over $3 million in previously unknown assets.

- Consulted for a cryptocurrency loss coverage platform to help develop their claims process and related investigative framework as well as to provide compliance-related analysis and support. Created extensive checklists for a range of investigation types, defined a process for generating risk scores associated with loss events, and consulted on risk-mitigating measures for sanctions exposure.

✉ jehrenhofer@naxo.com   |   ⊙ 45 Rockefeller Plaza, Suite 1964, New York, NY 10111



Justin Ehrenhofer                                                    CURRICULUM VITAE

- Retained by a cryptocurrency self-custody wallet provider to investigate loss events experienced by its customers. Investigated thousands of addresses and transactions, identified patterns of likely theft based on transaction metadata and a review of the on-chain transaction fund flows, and referred these matters to law enforcement.

- Retained by a firm that provides money settlement services for banks and MSBs. Advised on their anti-money laundering policies for clients who engage in various cryptocurrency business types, including the appropriate level of due diligence, the steps to take to mitigate the risk factors, and the compliance review processes.

- Investigated cryptocurrency loan collateral repayments and liquidation events in connection with a bankruptcy-related dispute. Analyzed the flow of funds between the counterparties to find evidence of collateral liquidation. Compared the on-chain activities to the trading logs to search for matching events and discrepancies. Raised anomalies with the client which warranted further investigation.

- Supported an investigation into an alleged cryptocurrency mining investment scheme. Conducted a review of the flow of investor funds through dozens of liquidity pools and exchanges to determine the destination of these investor funds. Reviewed transaction activities to determine whether there were indications of price manipulation.

- Retained by a financial services firm to investigate a theft of crypto assets. Conducted a preliminary investigation that identified the likely threat actor and compiled findings into a report that could be provided to stakeholders.

- Reviewed the utility of a cryptocurrency token in connection with litigation. Identified and assessed user adoption and utility metrics for the token and investigated whether the token's transaction activity was consistent with its purported use-case.

- Supported an investigation into funds stolen by a suspected state actor from a cryptocurrency trading firm. Reviewed the prior analysis by other investigators and continued tracing the destination of the funds through cross-chain bridges, peel chains, and other sophisticated money laundering techniques.

