# GERSTEIN HARROW LLP

The Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

August 3, 2026

*Re: "Renewed" Motion for Turnover of Assets Held by Garnishee Tether International S.A. de C.V. (ECF No. 56) in certain cases related to* Kim v. Democratic People's Republic of Korea, *25-MC-527*

Dear Judge Garnett,

On June 24, 2026, this Court endorsed a letter motion proposing a briefing schedule for the pending turnover motion filed by Plaintiff-Judgment Creditors in the cases listed in postscript against certain Iranian assets held by Garnishee Tether International *S.A. de C.V.* ECF No. 86. Plaintiffs agreed to "renew" their memorandum of law in support of turnover by today. They now do so by fully incorporating their prior memorandum of law at ECF No. 56-1 and all related filings at ECF No. 56, including the Statement of Facts and all Exhibits.

That memorandum in support of turnover also discussed service of the motion itself. Plaintiffs note that, after filing that memorandum, they did indeed serve the motion as described, and proof of service was filed on June 3, 2026. *See* ECF No. 74. This Court also separately granted Plaintiffs' request for alternative service of Plaintiffs' writs of execution, *see* ECF No. 69, 72, and service of those has also occurred, *see* ECF Nos. 76, 77.

Respectfully submitted,

*/s/ Charles Gerstein*
Charles Gerstein
GERSTEIN HARROW LLP
1319 F Street NW, Suite 301
Washington, DC 20004
charlie@gerstein-harrow.com
(202) 670-4809

*/s/ Jason Harrow*
Jason Harrow
GERSTEIN HARROW LLP
12100 Wilshire Blvd. Ste. 800
Los Angeles, CA 90025


Washington, DC
Scottsdale, AZ
Los Angeles, CA

hi@gerstein-harrow.com                gerstein-harrow.com

2

# GERSTEIN HARROW LLP

jason@gerstein-harrow.com
(323) 744-5293

*/s/ Robert Tolchin*
Robert Tolchin
THE BERKMAN LAW OFFICE LLC
829 E. 15th Street, Suite Seven
Brooklyn, New York 11230
rtolchin@berkmanlaw.com
(718) 855-3627

*Attorneys for all Plaintiffs in:*

- *Campuzano v. Islamic Republic of Iran*, 13-mc-146
- *Goldberg-Botvin v. Islamic Republic of Iran*, 13-mc-323
- *Ben Haim v. Islamic Republic of Iran*, 16-mc-94
- *Ben Haim v. Islamic Republic of Iran*, 16-mc-95
- *Kaplan v. Central Bank of The Islamic Republic of Iran*, 26-mc-33
- *Braun v. Islamic Republic of Iran*, 26-mc-34
- *Botvin v. Islamic Republic of Iran,* 26-mc-35
- *Bodoff v. Islamic Republic of Iran*, 26-mc-36
- *Ben Yishai v. Syrian Arab Republic*, 26-mc-81
- *Borochov v. Islamic Republic of Iran*, 26-mc-82
- *Fakhoury v. Islamic Republic of Iran*, 26-mc-83
- *Force v. Islamic Republic of Iran*, 26-mc-84
- *Fraenkel v. Islamic Republic of Iran*, 26-mc-85
- *Jakubowicz v. Islamic Republic of Iran*, 26-mc-86
- *Rubin v. Islamic Republic of Iran*, 26-mc-87
- *Salzman v. Islamic Republic of Iran*, 26-mc-88
- *Stern v. Islamic Republic of Iran*, 26-mc-89
- *Weinstein v. Islamic Republic of Iran*, 26-mc-90

GH    Washington, DC
Scottsdale, AZ
Los Angeles, CA

hi@gerstein-harrow.com              gerstein-harrow.com