WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

**VIA ECF**

August 20, 2026

Hon. Margaret M. Garnett
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Boatright v. Islamic Republic of Iran*, 26-mc-148 (ER)
*Larson v. Islamic Republic of Iran*, 26-mc-149 (PAE)
*Neiberger v. Islamic Republic of Iran*, 26-mc-151 (JAV)
*Martino v. Islamic Republic of Iran*, 26-mc-152 (RA)
*Martino v. Islamic Republic of Iran*, 26-mc-153 (ER)
*Martino v. Islamic Republic of Iran*, 26-mc-154 (DEH)
*Cabrera v. Islamic Republic of Iran*, 26-mc-160 (KPF)
*Edgerton-McDonald v. Islamic Republic of Iran*, 26-mc-262 (JHR)

Dear Judge Garnett:

Pursuant to Rule 13 of this Court's Rules for the Division of Business Among District Judges, Plaintiffs in the above-captioned cases respectfully submit that the above-captioned cases should be deemed related to *Kim v. Democratic People's Republic of Korea*, No. 25-mc-527, and assigned to Your Honor, as was recently done with *Benson, et al. v. Islamic Republic of Iran*, No. 26-cv-2327, the first filed among these Plaintiffs' efforts to enforce their judgments in this Court.

Similar relief was recently granted for similar reasons in *Kim*, No. 25-mc-527, and the same result should follow here. *See* 25-mc-527, ECF No. 70, at 1-3 (noting that the Court had designated 21 miscellaneous judgment-registration actions filed by commonly represented plaintiffs as related to *Kim* "for ease of coordination among the group of cases," and that "to the extent any issues apply to more than one case, the parties may file a single submission addressing that issue, clearly indicating which cases the submission pertains to"). Indeed, because each of the above-captioned judgment-registration actions involves judgments against the same judgment debtor, the Islamic Republic of Iran, this procedure is warranted here even more than in *Kim*, under which this Court accepted as related judgment-registration actions involving numerous different judgment debtors.

The plaintiffs and judgment creditors in the above-captioned miscellaneous actions are over 1,500 U.S. military servicemembers, or their surviving family members, who were victims of terrorist attacks sponsored by the Islamic Republic of Iran. They hold money judgments against Iran entered in various actions in the U.S. District Court for the District of Columbia, which include compensatory damages awards totaling approximately $13 billion. They now intend to pursue

enforcement of those judgments jointly through proceedings in this Court, as a subset of them have already begun to do in *Benson*, No. 26-cv-2327.[1]

Each case potentially involves the execution of judgments against the same parties on assets potentially in the custody of the same garnishees, and, therefore, under Rule 13, these cases (a) "concern the same or substantially similar parties [and] property" and (b) "there is a substantial factual overlap" between the cases such that "the interests of justice and efficiency will be served" by assigning each case to the same judge. Further, these Plaintiffs may wish to pursue enforcement jointly (as in *Benson*), which will aid judicial efficiency—even more so, if these actions are all assigned to the same judge. *Cf.* 25-cv-527, ECF No. 70, at 3 (providing that, following the relatedness designation among 21 separate miscellaneous actions, "to the extent any issues apply to more than one case, the parties may file a single submission addressing that issue").

For these reasons, Plaintiffs respectfully request that the above-captioned cases be reassigned to Your Honor as related to No. 25-mc-527. Plaintiff's counsel will file copies of this letter on the dockets of the above-captioned cases.

Respectfully submitted,

/s/ Aaron E. Nathan

Michael J. Gottlieb
Willkie Farr & Gallagher LLP
2029 Century Park East
Los Angeles, CA 90067
(310) 855-3000
mgottlieb@willkie.com

Nicholas Reddick
Willkie Farr & Gallagher LLP
333 Bush St.
San Francisco, CA 94104
(415) 858-7400
nreddick@willkie.com

Lee S. Wolosky
Aaron E. Nathan
Willkie Farr & Gallagher LLP
787 Seventh Ave
New York, NY 10019
(212) 728-8000
lwolosky@willkie.com
anathan@willkie.com

[1] *Benson v. Islamic Republic of Iran*, No. 26-cv-2327, involves the claims of 1,335 of these plaintiffs, comprising nearly all of the plaintiffs in the above-captioned miscellaneous actions other than No. 26-mc-262.

CC: Hon. Paul A. Engelmayer
Hon. Edgardo Ramos
Hon. Ronnie Abrams
Hon. Katherine Polk Failla
Hon. Jennifer H. Rearden
Hon. Dale E. Ho
Hon. Jeannette A. Vargas