# GERSTEIN HARROW LLP

The Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*Re: No. 25-MC-527, Abeyance of Turnover Motion Against Garnishee Tether International*, S.A. de C.V.,

Dear Judge Garnett,

This letter relates to the cases listed in postscript, all pending before Your Honor, in which my firm represents all of the Plaintiff-Judgment Creditors (collectively "the *Kaplan* parties"). I write to respectfully request that this Court hold the turnover motion currently pending at docket number 56 in abeyance pending the resolution of *Benson v. Islamic Republic of Iran*, which is related to all of the *Kaplan* parties' cases.

The *Kaplan* parties and the *Benson* parties have reached an agreement resolving their dispute over priority regarding the assets sought in the pending turnover motion. Depending on the resolution of the *Benson* parties' case, therefore, it may be unnecessary for this Court to decide the *Kaplan* parties' turnover motion. But because it is at least theoretically possible that resolution of the *Kaplan* parties' motion will prove necessary, and because the denial of that motion without prejudice to refiling should it prove necessary would arguably terminate the *Kaplan* parties' existing lien on the assets, the *Kaplan* parties respectfully request that the Court hold the motion in abeyance rather than deny it without prejudice to refiling.

I have consulted with Tether and the *Benson* parties and all parties consent to holding the turnover motion in abeyance.

GRANTED. The motion for turnover at Dkt. No. 56 is hereby held in abeyance until further order of this Court.

SO ORDERED. Dated August 24, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*/s/ Charles Gerstein*
Charles Gerstein
GERSTEIN HARROW LLP
1319 F Street NW, Suite 301
Washington, DC 20004
charlie@gerstein-harrow.com
(202) 670-4809

*/s/ Jason Harrow*
Jason Harrow
GERSTEIN HARROW LLP
12100 Wilshire Blvd. Ste. 800

Los Angeles, CA 90025
jason@gerstein-harrow.com
(323) 744-5293

*/s/ Robert Tolchin*
Robert Tolchin
THE BERKMAN LAW OFFICE LLC
829 E. 15th Street, Suite Seven
Brooklyn, New York 11230
rtolchin@berkmanlaw.com
(718) 855-3627

*Attorneys for all Plaintiffs in:*

- *Campuzano v. Islamic Republic of Iran*, 13-mc-146
- *Goldberg-Botvin v. Islamic Republic of Iran*, 13-mc-323
- *Ben Haim v. Islamic Republic of Iran*, 16-mc-94
- *Ben Haim v. Islamic Republic of Iran*, 16-mc-95
- *Kaplan v. Central Bank of The Islamic Republic of Iran*, 26-mc-33
- *Braun v. Islamic Republic of Iran*, 26-mc-34
- *Botvin v. Islamic Republic of Iran,* 26-mc-35
- *Bodoff v. Islamic Republic of Iran*, 26-mc-36
- *Ben Yishai v. Syrian Arab Republic*, 26-mc-81
- *Borochov v. Islamic Republic of Iran*, 26-mc-82
- *Fakhoury v. Islamic Republic of Iran*, 26-mc-83
- *Force v. Islamic Republic of Iran*, 26-mc-84
- *Fraenkel v. Islamic Republic of Iran*, 26-mc-85
- *Jakubowicz v. Islamic Republic of Iran*, 26-mc-86
- *Rubin v. Islamic Republic of Iran*, 26-mc-87
- *Salzman v. Islamic Republic of Iran*, 26-mc-88
- *Stern v. Islamic Republic of Iran*, 26-mc-89
- *Weinstein v. Islamic Republic of Iran*, 26-mc-90