**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| HAN KIM, *et al.*, Plaintiffs,<br><br>*v.*<br><br>THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, a.k.a. NORTH KOREA, Defendant<br><br>TETHER INTERNATIONAL, *S.A. de C.V.*,<br><br>Garnishee (as to all cases) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case Nos. 25-MC-527-MMG<br>26-MC-033-MMG<br>26-MC-094-MMG<br>26-MC-235-MMG |

**NOTICE OF MOTION FOR TURNOVER UNDER N.Y. C.P.L.R. § 5225**

## NOTICE OF MOTION

Please take notice that, for the reasons given in the attached memorandum of law and other materials on this docket, Plaintiffs in the above-captioned cases respectfully move that this Court order Tether International *S.A. de C.V.* to turn over all digital assets owned by North Korea that are in its possession, control, or custody. The Motion is made under the authority of N.Y. CPLR §§ 5239, 5225, and other authorities as necessary and available.

Respectfully submitted,

*/s/ Charlie Gerstein*
Charlie Gerstein
GERSTEIN HARROW LLP
1319 F St NW, Suite 301
Washington, DC 20004
charlie@gerstein-harrow.com
(202) 670-4809

*/s/ Jason Harrow*
Jason Harrow
GERSTEIN HARROW LLP
12100 Wilshire Blvd. Ste. 800
Los Angeles, CA 90025
jason@gerstein-harrow.com
(323) 744-5293

*/s/ Robert Tolchin*
Robert Tolchin
The Berkman Law Office LLC
829 E. 15th Street, Suite Seven
Brooklyn, New York 11230
rtolchin@berkmanlaw.com
(718) 855-3627

*Attorneys for Plaintiffs*