# GERSTEIN HARROW LLP

The Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Sept. 3, 2026

*Re: Letter-Motion to Extend Deadlines in* Kim v. Circle Internet Group, Inc., *26-cv-5445*, and Kim v. Democratic People's Republic of Korea, 25-mc-527

Dear Judge Garnett,

This is a joint letter-motion filed by the *Kim* and *Butler* plaintiffs, on one hand, and Circle Internet Group, Inc. and Circle Internet Financial, LLC on the other, respectfully requesting extensions to the briefing schedule for several motions on the above-captioned dockets. The table below reflects the filings at issue, the deadlines currently in place, and the agreed-upon extensions requested:

*Kim v. Circle Internet Group, Inc. et al.*, 26-cv-5445

| Filing | Current Deadline | Requested Deadline |
|---|---|---|
| Opposition to Dkt. 24, Motion to Dismiss | Sept. 11, 2026 | Sept. 25, 2026 |
| Opposition to Dkt. 27, Motion to Vacate | Sept. 11, 2026 | Sept. 25, 2026 |
| Reply In Support of Dkt. 24, Motion to Dismiss | Sept. 18, 2026 | Oct. 16, 2026 |
| Reply In Support of Dkt. 27, Motion to Vacate | Sept. 18, 2026 | Oct. 16, 2026 |

*Kim v. Democratic People's Republic of Korea*, 25-mc-527

| Filing | Current Deadline | Requested Deadline |
|---|---|---|
| Opposition to Dkt. 97, Motion to Vacate | Sept. 11, 2026 | Sept. 25, 2026 |
| Reply In Support of Dkt. 97, Motion to Vacate | Sept. 18, 2026 | Oct. 16, 2026 |
| Opposition to Dkt. 4, Motion for Turnover | Sept. 25, 2026 | Oct. 9, 2026 |
| Reply to Dkt. 4, Motion for Turnover | Oct. 9, 2026 | Oct. 23, 2026 |

Plaintiffs and Circle request these modest extensions for several reasons. On Friday,

August 28, 2026, Circle filed two separate motions—a motion to dismiss and a motion to vacate—each requiring a response from Plaintiffs within the standard fourteen-day period. In light of the need to respond to both motions within that period, together with counsel's other preexisting professional obligations, Plaintiffs requested a two-week extension of their response deadline. Circle consented to that request and, in turn, requested a reciprocal extension of its deadlines, to which Plaintiffs consented.

Plaintiffs respectfully request that the Court approve the parties' agreed-upon extensions. The requested extensions are modest and will not impede the efficient resolution of the pending matters. No scheduling order has been entered in *Kim v. Circle Internet Group, Inc.*, No. 26-cv-5445 and the parties have not sought extensions in that case until now. This is the parties' third joint request to extend the briefing schedule concerning Dkt. 4, the Motion for Turnover in *Kim v. Democratic People's Republic of Korea*, No. 25-mc-527; the present request would extend those briefing deadlines by only two weeks. No other scheduled dates or deadlines would be affected by the requested extensions.

Respectfully submitted,

*/s/ Charles Gerstein*
Charles Gerstein
GERSTEIN HARROW LLP
1319 F Street NW, Suite 301
Washington, DC 20004
charlie@gerstein-harrow.com
(202) 670-4809

*/s/ Jason Harrow*
Jason Harrow
GERSTEIN HARROW LLP
12100 Wilshire Blvd. Ste. 800
Los Angeles, CA 90025
jason@gerstein-harrow.com
(323) 744-5293

*Attorneys for Plaintiffs*