# GERSTEIN HARROW LLP

The Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*Re: Consent Letter Motion for Leave to Serve Second Restraining Notice on Garnishee Circle Internet Financial LLC in* Kim v. Democratic People's Republic of Korea, *No. 25-MC-527*

Dear Judge Garnett,

This letter motion relates to cases 25-MC-527 and 26-MC-235 in which my firm represents the Plaintiff Judgment Creditors. I write to respectfully request leave to serve a second restraining notice regarding property in the custody of Garnishee Circle Internet Financial LLC that belongs to the Democratic People's Republic of Korea ("North Korea"), identical in form and substance to the first, and limited to extending the time period covered by the initial restraining notice through the Kims' pending motion for turnover at ECF No. 4. Circle does not oppose the relief requested in this motion and the parties agree that Circle's pending motion to vacate the restraining notice (ECF No. 97) will apply in equal force to any renewed notice.

On November 26, 2025, Plaintiffs Han Kim, Yong Kim, Yong Hwa Chung Kim, Chung Kook Kim, and Dani Butler ("the Kims"), served a restraining notice on Garnishees Circle Internet Group, Inc., and Circle Internet Financial, LLC, directed to North Korean property interests in the digital ledger balances and reserves associated with three blockchain wallet addresses. On December 12, 2025, the Kims sought turnover of those assets. ECF No. 4. That motion remains pending.

Under New York law, leave of court is required to serve more than one restraining notice directed to the same garnishee regarding the same judgments, *see* C.P.L.R. § 5222, and a restraining notice automatically expires one year after service, *id.* "In order to obtain an order of the court extending such restraint," New York courts have held, "the judgment creditor must satisfy the court as to the necessity of the extension." *Medi-Physics, Inc. v. Cmty. Hosp. of Rockland County*, 105 Misc. 2d 574, 575, 432 N.Y.S.2d 594, 596 (Cnty. Ct. 1980).

Plaintiffs accordingly respectfully request that this Court so-order this consent letter motion to serve a second restraining notice covering the same property identified in the notice served on November 26, 2025.

Sincerely,
Charlie Gerstein