**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HAN KIM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA,<br><br>Defendants, | Case Nos. 25-MC-527-MMG, 26-MC-033-MMG, 26-MC-094-MMG, 26-MC-235 |

**<u>DECLARATION OF SAMUEL DAVIS</u>**

Samuel Davis declares the following to be true under penalty of perjury.

1. I am an attorney at the law firm Gerstein Harrow, LLP.

2. On October 8, 2026, I visited the webpage for Kelp DAO, available at https://kerneldao.com/kelp/.

3. I navigated my cursor to a button at the top of the webpage called "Governance," which then directed me to another button called "Forum." When I clicked on the "Forum" button, it directed me to the following webpage, https://forum.kerneldao.com/t/welcome-to-kerneldao-governance-forum/5. When I clicked this webpage, it returned an error message.

4. I then returned to the https://kerneldao.com/kelp/ webpage and scrolled to the bottom where, in the righthand corner, I located and clicked on two links: https://t.me/KelpDAOxyz and https://discord.com/invite/khSpqCFvGq.

5. The first link, https://t.me/KelpDAOxyz, directed me to a webpage displaying the below-image:




6. After creating a Telegram account, I clicked on the link embedded in the "VIEW IN TELEGRAM" button listed above, tg://resolve?domain=KelpDAOxyz, which directed me to a channel in the Telegram app called "Kelp." On this channel, I clicked on the "Kelp" logo, which directed me to a description of the account contained in the image below:




7. The description lists nineteen public account handles it identifies as "Administrators" of the Kelp Telegram channel: @anomanderp, @BladeAblaze, @BrBacon, @CryptoBot, @metacrm_analytics_bot, @JustEmily, @sadekad, @kelpgrouphelpbot, @galxeapp, @Quest3_support_bot, @ProtectronBot, @kelphelpbot, @FlakeGG_BOT, @AmitGajjala, @MissRose_bot, @guardianapp, @Bondman0, @galacticminter, and @Cryptowarden0.

8. In the Telegram app, I navigated to a group called "Chat" where any member of the Kelp Telegram channel can view, like, and post messages. One of the administrator accounts, @sadekad, frequently posts announcements and updates regarding Kelp DAO and related products and answers questions posed by other Telegram users. For example, on October 8, 2026, @sadekad posted the below message describing an update to rsETH:




9. On LinkedIn, I searched for and located a verified account for an individual named Amitej Gajjala who describes himself as the "Cofounder" of both "Kelp" and "KernelDAO." The profile is viewable at this link: https://www.linkedin.com/in/amitej-gajjala/. On information and belief, the Kelp Telegram channel administrator @AmitGajjala is controlled by the same person who represents himself on LinkedIn to be Amitej Gajjala, the Cofounder of Kelp DAO.

10. I clicked on the second link on the Kelp DAO webpage, https://discord.com/invite/khSpqCFvGq, which brought me to a webpage displaying the below image:




11. After creating a Discord account with the handle @sjdqrx1891, I clicked the link embedded in the "Accept Invite" button on this webpage. It directed me to a Discord Server called "Kelp."

12. After accepting the invite to the Kelp Discord Server, I immediately received friend requests from five Discord users with the following account handles and descriptions: kelp_support.01 ("Kelp 🌱 | Support ✪"), supportx3 ("🍿KernelDAO & Kelp 🌱 Support"), kelp.livesupport. ("Kelp | Live Support ✪"), kelp.livesupport ("Kelp Community Support 🛡️"), and kelp322 ("Kelp • Customer

Support"). After I accepted their friend requests, each of these accounts immediately sent me direct messages like the one listed below:




13. I exchanged the following messages with one of these accounts, kelp_support.01, which confirmed that the Kelp Discord Server was the Kelp DAO governance forum, as reflected below.



14. I then asked the kelp_support.01 account who it was. In response, the account identified itself as a member of the "Support Team" for both Kelp DAO and Kernel DAO, as reflected below:




15. I then navigated to a channel on the Kelp Discord Server called "Announcements." In the "Announcements" channel, a user posting from an account called "cryptowarden" routinely posts announcements and updates regarding Kelp DAO and related products and answers questions posed by other Telegram users. For example, on October 8, 2026, cryptowarden posted the below message describing an update to rsETH:




16. As a member of the Kelp Discord Server, I am not able to post messages in the "Announcements" channel myself, but I am able to send direct messages to cryptowarden and the five support accounts described above.

17. The images included in this declaration are true and correct copies of screenshots I took using my computer's snipping tool.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this October 15, 2026 *<u>/s/ Samuel Davis</u>*

Samuel Davis