**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HAN KIM et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA,<br><br>Defendant,<br><br>CIRCLE INTERNET FINANCIAL, LLC,<br><br>Garnishee. | Case No. 1:25-mc-00527-MMG<br><br>**STIPULATION AND [PROPOSED] ORDER WITHDRAWING PLAINTIFFS' MOTION FOR TURNOVER WITHOUT PREJUDICE** |

**WHEREAS**, on November 25, 2025, Plaintiffs served a restraining notice on Garnishee Circle Internet Financial, LLC ("Circle");

**WHEREAS**, on December 12, 2025, Plaintiffs filed a motion for turnover against Circle. ECF No. 4. The motion relates to three cryptocurrency wallets that contain USDC;

**WHEREAS**, on August 28, 2026, Circle filed a motion to vacate the restraining notice. ECF No. 97. That motion is fully briefed;

**WHEREAS**, on October 23, 2026, Circle filed its opposition to Plaintiffs' motion for turnover. ECF No. 123;

**WHEREAS**, Plaintiffs' reply in support of their motion for turnover is due on November 6, 2026;

**WHEREAS**, Plaintiffs now seek to withdraw their motion for turnover without prejudice;

**WHEREAS**, the Parties agree that Plaintiffs may withdraw their motion for turnover without prejudice to refiling it, provided that: (1) Plaintiffs' withdrawal of their turnover motion does not affect Circle's pending motion to vacate the restraining notice, and (2) the parties agree that any future action in which the Kim Plaintiffs seek turnover of the USDC in the three wallet addresses in this Court qualifies as a related case to this one under the relevant local rules.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the parties hereto, subject to the approval of the Court, that:

1. Plaintiffs' motion for turnover at ECF No. 4 is withdrawn without prejudice to refiling a motion for turnover of the USDC in the three wallet addresses in the same case or in a case that the parties seek to relate to this case; and

2. Circle's motion to vacate the restraining notice at ECF No. 97 remains pending before the Court.

Dated: November 6, 2026

GERSTEIN HARROW LLP

By: /s/ Jason Harrow
Charles Gerstein
1629 Columbia Road NW, Suite 302
Washington, DC 20004
charlie@gerstein-harrow.com
(202) 670-4809

Jason Harrow
12100 Wilshire Blvd. Ste. 800
Los Angeles, CA 90025
jason@gerstein-harrow.com
(323) 744-5293

THE BERKMAN LAW OFFICE LLC
Robert Tolchin
829 E. 15th Street, Suite Seven
Brooklyn, New York 11230
rtolchin@berkmanlaw.com
(718) 855-3627

*Attorneys for Plaintiffs*

Dated: November 6, 2026

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Joshua Baskin
John P. Flynn
Colleen Bal (admitted pro hac vice)
Joshua A. Baskin (admitted pro hac vice)
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2000
Facsimile: (866) 974-7329

*Counsel for Garnishee Circle Internet Financial, LLC*

* * *

**SO ORDERED.**

Dated: ____________________, 2026

____________________________________
Hon. Margaret M. Garnett
United States District Judge